**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES,
and SIERRA CLUB,**

            **Plaintiffs,**

**v.**                              **CIVIL ACTION NO.**  3:19-cv-00573

**LEXINGTON COAL COMPANY, LLC,**

            **Defendant.**

## COMPLAINT

### INTRODUCTION

1.     This is a citizen suit for declaratory and injunctive relief against Defendant

Lexington Coal Company, LLC ("Lexington") for violations of the Federal Water Pollution

Control Act, 33 U.S.C. § 1251 et seq. (hereafter the Clean Water Act ("CWA")), and the Surface

Mining Control and Reclamation Act, 30 U.S.C. § 1201 et seq. (hereafter "SMCRA"), at its Low

Gap Surface Mine No. 2 and No. 10 Mine in Mingo County, West Virginia.

2.     As detailed below, Plaintiffs allege that Lexington has discharged and continues

to discharge pollutants into waters of the United States in violation of (a) Section 301 of the

CWA, 33 U.S.C. § 1311, (b) the conditions and limitations of its West Virginia/National

Pollution Discharge Elimination System ("WV/NPDES") Permit Nos. WV1016288 and

WV1020579 issued pursuant to Section 402 of the CWA, and (c) the conditions of the two state

certifications issued pursuant to Section 401 of the CWA for Nationwide Permit (NWP) 21

authorizations under Section 404 of the CWA to discharge fill material associated with the No. 10 Mine into waters of the United States.

3.      Plaintiffs further allege that Lexington's discharges of pollutants into waters adjacent to the Low Gap Surface Mine No. 2 and No. 10 Mine violate the performance standards under SMCRA and the terms and conditions of West Virginia surface mining permit Nos. S401395 and S501501.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 33 U.S.C. § 1365 (CWA citizens' suit provision), and 30 U.S.C. § 1270 (SMCRA citizens' suit provision).

5.      On June 4, 2019,  Plaintiffs gave notice of the violations and their intent to file suit in letters sent to the Defendant, the United States Environmental Protection Agency ("EPA"), the Office of Surface Mining Reclamation and Enforcement ("OSMRE"), and the West Virginia Department of Environmental Protection ("WVDEP"), as required by Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), and Section 520(b)(1)(A) of SMCRA, 30 U.S.C. § 1270(b)(1)(A).

6.      More than sixty days have passed since the notice letter was sent.  EPA, OSMRE, and/or WVDEP have not commenced or diligently prosecuted a civil or criminal action to redress the violations.  Moreover, neither EPA nor WVDEP commenced an administrative penalty action under Section 309(g) of the CWA, 33 U.S.C. § 1319(g), or a comparable state law to redress the violations prior to the issuance of the June 4, 2019 notice letter.

7.      Venue in this District is proper pursuant to 33 U.S.C. § 1365(c)(1) because the sources of the CWA violations are located in this District, and pursuant to 30 U.S.C. § 1270(c)

because the coal mining operations complained of are located in this District.

## PARTIES

8.    Lexington is a West Virginia Limited Liability Company engaged in the business of mining coal.  Since October 24, 2017, Lexington has owned and operated the Low Gap Surface Mine No. 2 and No. 10 Mine.

9.    Lexington is a person within the meaning of Section 502(5) of the CWA, 33 U.S.C. § 1362(5), and Section 701(19) of SMCRA, 30 U.S.C. § 1291(19).

10.    Plaintiff Ohio Valley Environmental Coalition is a nonprofit organization incorporated in Ohio.  Its principal place of business is in Huntington, West Virginia.  It has approximately 400 members.  Its mission is to organize and maintain a diverse grassroots organization dedicated to the improvement and preservation of the environment through education, grassroots organizing, coalition building, leadership development, and media outreach.  The Coalition has focused on water quality issues and is a leading source of information about water pollution in West Virginia.

11.    Plaintiff West Virginia Highlands Conservancy, Inc., is a nonprofit organization incorporated in West Virginia.  It has approximately 2,000 members.  It works for the conservation and wise management of West Virginia's natural resources.

12.    Plaintiff Appalachian Voices is a nonprofit North Carolina corporation committed to protecting the land, air, and water of the central and southern Appalachian region, and focused on reducing coal's impact on the region. Appalachian Voices has more than 1,000 members, the majority of which reside in the Appalachian region, including West Virginia. Its concerns include the protection and restoration of surface waters in West Virginia.

13.    Plaintiff Sierra Club is a nonprofit corporation incorporated in California, with

3

more than 768,000 members and supporters nationwide including approximately 2,600 members
who reside in West Virginia and belong to its West Virginia Chapter.  The Sierra Club is
dedicated to exploring, enjoying, and protecting wild places of the Earth; to practicing and
promoting the responsible use of Earth's resources and ecosystems; to educating and enlisting
humanity to protect and restore the quality of the natural and human environment; and to using
all lawful means to carry out these objectives. The Sierra Club's concerns encompass the
exploration, enjoyment and protection of surface water in West Virginia.

14.     Plaintiffs have members including Donna Branham, who use, enjoy, and benefit
from the water quality in tributaries and downstream portions of the Tug Fork River.  The Low
Gap Surface Mine No. 2 discharges into tributaries of Ben Creek, which flows into the Tug Fork
River.  The No. 10 Mine discharges into tributaries of Pigeon Creek, which also flows into the
Tug Fork River.

15.     Plaintiffs' members would like to recreate in areas downstream from the portion
of the streams into which the Low Gap Surface Mine No. 2 and No. 10 Mine discharge
pollutants harmful to aquatic life, including total dissolved solids, conductivity and sulfate.
Excessive amounts of these pollutants degrade the water quality of the Tug Fork River and its
tributaries, make the water aesthetically unpleasant and environmentally undesirable and impair
its suitability for aquatic life.  Because of this pollution, Plaintiffs' members refrain from and/or
restrict their usage of tributaries of the Tug Fork River and associated natural resources. As a
result, the environmental, health, aesthetic, and recreational interests of these members are
adversely affected by Lexington's excessive discharges of these and other pollutants into
tributaries of the Tug Fork River from the Low Gap Surface Mine No. 2 and No. 10 Mine in
violation of its WV/NPDES permits and its SMCRA permits.  If Lexington's unlawful

discharges ceased, the harm to the interests of Plaintiffs' members would be redressed.  An injunction would redress Plaintiffs' members' injuries by preventing future violations of the limits in Lexington's permits.

16.     At all relevant times, Plaintiffs were and are "persons" as that term is defined by the CWA, 33 U.S.C. § 1362(5) and SMCRA, 30 U.S.C. § 1291(19).

## STATUTORY AND REGULATORY FRAMEWORK

17.     Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the "discharge of any pollutant by any person" into waters of the United States except in compliance with the terms of a permit, such as a NPDES permit issued by EPA or an authorized state pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

18.     Section 402(a) of the CWA, 33 U.S.C. § 1342(a), provides that the permit-issuing authority may issue an NPDES Permit that authorizes the discharge of any pollutant directly into waters of the United States, upon the condition that such discharge will meet all applicable requirements of the CWA and such other conditions as the permitting authority determines necessary to carry out the provisions of the CWA.

19.     Section 303(a) of the CWA, 33 U.S.C. § 1313(a) requires that states adopt ambient water quality standards and establish water quality criteria for particular water bodies that will protect designated uses of the water.

20.     The Administrator of EPA authorized WVDEP, pursuant to Section 402(a)(2) of the Act, 33 U.S.C. § 1342(a)(2), to issue NPDES permits on May 10, 1982. 47 Fed. Reg. 22363. The applicable West Virginia law for issuing NPDES permits is the Water Pollution Control Act ("WPCA"), W.Va. Code § 22-11-1, et seq.

21.     Section 404 of the CWA, 33 U.S.C. § 1344, authorizes the Corps to issue general

permits (NWPs) or individual permits for the discharge of fill material into waters of the United

States.  Before the Corps may issue a § 404 permit, it must obtain a certification from the state

that the project will not violate that state's water quality standards.  33 U.S.C. § 1341 (CWA §

401).

     22.     Section 505(a) of the CWA, 33 U.S.C. § 1365(a), authorizes any "citizen" to

"commence a civil action on his own behalf . . .  against any person. . . who is alleged to be in

violation of . . . .an effluent standard or limitation under this chapter."

     23.     Section 505(f) of the CWA, 33 U.S.C. § 1365(f), defines an "effluent standard or

limitation under this chapter," for purposes of the citizen suit provision in Section 505(a) of the

CWA, 33 U.S.C. § 1365(a), to mean, among other things, an unlawful act under Section 301(a)

of the CWA, 33 U.S.C. § 1311(a), "a permit or condition thereof issued" under Section 402 of

the CWA, 33 U.S.C. § 1342, and a "certification" under Section 401 of the CWA, 33 U.S.C. §

1341.

     24.     In an action brought under Section 505(a) of the CWA, 33 U.S.C. § 1365(a), the

district court has jurisdiction to order the defendant to comply with the CWA.

     25.     Section 309(d) of the CWA, 33 U.S.C. § 1319(d), provides that any person who

violates Section 301 of the CWA, 33 U.S.C. § 1311, or violates any permit condition or

limitation in a permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342, shall be

subject to a civil penalty payable to the United States of up to $25,000 per day for each violation.

     26.     Pursuant to the Federal Civil Penalties Adjustment Act of 1990, 28 U.S.C. § 2461,

as amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015,

Public Law 114-74, the court may assess a civil penalty of up to $54,833 per day for each

violation that occurred after November 2, 2015.  See 40 C.F.R. § 19.4.

27.     Under Section 505(d) of the CWA, 33 U.S.C. § 1365(d), the court "may award costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, whenever the court determines such an award is appropriate."

28.     Section 506 of SMCRA, 30 U.S.C. § 1256, prohibits any person from engaging in or carrying out surface coal mining operations without first obtaining a permit from OSMRE or from an approved state regulatory authority.

29.     At all relevant times, the State of West Virginia has administered an approved surface mining regulatory program under SMCRA.  *See* 30 C.F.R. § 948.10.

30.     Among the performance standards mandated by SMCRA and the West Virginia Surface Coal Mining and Reclamation Act ("WVSCMRA") is that discharges of water from areas disturbed by . . . mining shall be made in compliance with all applicable State and Federal water quality laws and regulations and with the effluent limitations for coal mining promulgated by the U.S. Environmental Protection Agency set forth in 40 C.F.R. § 434.  30 C.F.R. §§ 816.42 and 817.42; *see also,* 38 C.S.R. § 2-14.5.b.

31.     The performance standards further require that "[a]ll surface mining and reclamation activities shall be conducted . . . to prevent material damage to the hydrologic balance outside the permit area."  38 C.S.R. § 2-14.5.  At a minimum, "material damage" includes violations of water quality standards.

32.     The legislative rules promulgated under WVSCMRA provide that, as a general condition of all surface mining permits issued under the WVSCMRA, the permittee must comply with all applicable performance standards.  38 C.S.R. § 2-3.33.c.

33.     Section 520(a) of SMCRA, 30 U.S.C. § 1270(a), authorizes any person adversely affected to bring an action in federal court to compel compliance with SMCRA against any

"person who is alleged to be in violation of any rule, regulation, order or permit issued pursuant to [SMCRA]."

34.     Section 520(d) of SMCRA, 30 U.S.C. § 1270(d), authorizes the Court to award the costs of litigation, including attorney fees and expert witness fees, "to any party, whenever the court determines such an award is appropriate."

35.     WVDEP is the agency in the State of West Virginia that administers the State's CWA and SMCRA programs and issues WV/NPDES Permits and WVSCMRA Permits.

**FACTS**

36.     Lexington's mining activities at its Low Gap Surface Mine No. 2 are regulated under West Virginia Surface Mining Permit S401395.  WVDEP transferred that permit to Lexington on May 7, 2018.

37.     Lexington's mining activities at its No. 10 Mine are regulated under West Virginia Surface Mining Permit S501501.  WVDEP transferred that permit to Lexington on March 29, 2018.

38.     Lexington's water discharge activities at its Low Gap Surface Mine No. 2 are regulated under WV/NPDES Permit No. WV1016288.  WVDEP transferred that permit to Lexington on October 25, 2018.

39.     Lexington's water discharge activities at its No. 10 Mine are regulated under WV/NPDES Permit No. WV1020579.  WVDEP transferred that permit to Lexington on April 18, 2018.

40.     Part C of WV/NPDES Permit Nos. WV1016288 and WV1020579 incorporates by reference 47 C.S.R. § 30-5.1.f, which provides that: "The discharge or discharges covered by a WV/NPDES permit are to be of such quality so as not to cause violation of applicable water

quality standards adopted by the Department of Environmental Protection, Title 47, Series 2."
WVDEP's narrative water quality standards prohibit discharges of "[m]aterials in concentrations
which are harmful, hazardous or toxic to man, animal or aquatic life" or that cause "significant
adverse impacts to the chemical, physical, hydrologic, or biological components of aquatic
ecosystems." 47 C.S.R. §§ 2-3.2.e & 2-3.2.i.

     41.     On or about July 16, 2003, the U.S. Army Corps of Engineers (the Corps) issued
an authorization under the 2002 Nationwide Permit (NWP) 21 under § 404(e) of the CWA, 33
U.S.C. § 1344(e), for stream-impacting activities at the No. 10 Mine.  WVDEP's July 22, 2003
individual § 401 certification to the Corps for the No. 10 Mine provided that certification was
granted "subject to compliance with the conditions contained in the General Mitigation Plan
signed May 29, 2003 and the Compensation/Mitigation Agreement dated June 23, 2003."
Condition 13 of the General Mitigation Plan provides that "[t]he permittee will comply with
water quality standards as contained in the West Virginia Code of State Regulations,
Requirements Governing Water Quality Standards, Title 46, Series 1."

     42.     In addition, WVDEP's general § 401 certification for the 2002 NWPs contained
standard conditions that must be met at mines with NWP authorizations.  Condition 3 is that
"[s]poil materials from the watercourse or onshore operations, including sludge deposits, will not
be dumped into the watercourse or deposited in wetlands or other areas where deposit may
adversely affect surface or ground waters of the state."  Condition 5 is that "[f]ill is to be clean,
nonhazardous, and of such composition that it will not adversely affect the biological, chemical
or physical property of the receiving waters."  Condition 13 is that "[t]he permittee will comply
with water quality standards as contained in the West Virginia Code of State Regulations,
Requirements Governing Water Quality Standards, Title 46, Series 1."

43.     On March 15, 2007, WVDEP issued another § 401 certification for a modification to the No. 10 Mine.  That certification contains the same condition requiring compliance with water quality standards.

**Violations of Water Quality Standards at Lexington's Low Gap Surface Mine No. 2**

44.     Lexington's NPDES Permit No. WV1016288 regulates discharges from Outlets 002 and 024 of its Low Gap Surface Mine No. 2.  Outlet 002 discharges into Low Gap Branch, which flows into Right Fork of Ben Creek.  Outlet 024 discharges into Toler Creek, which flows into Left Fork of Ben Creek.

45.     In 1994, prior to mining, Lexington's predecessor, Mingo Logan Coal Company, measured baseline water quality in the tributaries into which proposed Outlets 002 and 024 would discharge.  For Outlet 002, the sampled location was LG/S-1, and for Outlet 024, the sampled location was LF/S-3A.  The following table compares the 1994 baseline and 2018-19 post-mining water quality data for these locations, and shows significant increases in conductivity, sulfate and total dissolved solids:

| Location | Sampling Date | Avg Conductivity | Avg Sulfate | Avg pH | Avg TDS |
|----------|---------------|------------------|-------------|--------|---------|
| LF/S-3A | 7/20-10/12/94 | 937 | 239 | 8.02 | 714 |
| 024 | 10/18 | 1681 | 758 | 8.2 | 1410 |
| 024 | 11/18 | 1554 | 687 | 8.3 | 1260 |
| 024 | 12/18 | 1522 | 702 | 8.15 | 1220 |
| 024 | 1/19 | 1471 | 651 | 8.35 | 1210 |
| 024 | 2/19 | 1367 | 572 | 8.36 | 1064 |
| 024 | 3/19 | 1336 | 601 | 8.4 | 1077 |
| 024 | 4/19 | 1779 | 870 | 7.97 | 1480 |
| 024 | 5/19 | 1727 | 763 | 8 | 1465 |
| 024 | 6/19 | 2102 | 912 | 7.74 | 1805 |
| LG/S-1 | 4/29/94-10/12/94 | 1171 | 325 | 8.30 | 1155 |
| 002 | 10/18 | 2088 | 971 | 7.9 | 1785 |
| 002 | 11/18 | 1793 | 775 | 8.05 | 1495 |
| 002 | 12/18 | 1933 | 876 | 7.75 | 1615 |
| 002 | 1/19 | 1721 | 741 | 7.8 | 1430 |
| 002 | 2/19 | 1758 | 719 | 7.74 | 1430 |

| 002 | 3/19 | 1656 | 704 | 7.42 | 1375 |
| 002 | 4/19 | 2380 | 1110 | 7.67 | 1960 |
| 002 | 5/19 | 2070 | 889 | 7.9 | 1775 |
| 002 | 6/19 | 2250 | 1026 | 7.58 | 1975 |

**Violations of Water Quality Standards at Lexington's No. 10 Mine**

46.     In June 2003, prior to the commencement of mining at its No. 10 Mine,

Lexington's predecessor, White Flame Energy, Inc., submitted to WVDEP a statement of

probable hydrologic consequences (PHC) and a baseline benthic report on stream conditions in

the vicinity of its proposed six valley fills.  In the PHC, White Flame reported the following

concentrations of conductivity and sulfate in the tributaries to Pigeon Creek prior to mining:

| Location | Description | Avg Conductivity | Avg Sulfate |
|---|---|---|---|
| EFB1 | Mouth of Evans Ferrell Branch | 215 | 62 |
| BPB1-3, 1LPBP | Four sites on Big Pigeonroost Branch | 303 | 76 |
| CB1-2 | Two sites on Curry Branch | 147 | 60 |
| SB1-2 | Two sites on Slate Branch | 167 | 50 |

47.     In the baseline benthic report, the sampling locations included EFB4 in Evans

Ferrell Branch below the footprints of Valley Fills 2 and 3, BPB2 in Big Pigeonroost Branch

below the footprint of Valley Fill 4, CB2 in Curry Branch below the footprint of Valley Fill 6,

EF1 at the mouth of Evans Ferrell Branch, and BPB1 at the mouth of Big Pigeonroost Branch.

Lexington reported the following results of this sampling:

| Location | Habitat Score | WVSCI score | Conductivity | Sulfate |
|---|---|---|---|---|
| EFB4 | 148 | 79.75 | 174 | 20 |
| BPB2 | 162 | 91.85 | 166 | 34 |
| CB2 | 149 | 72.97 | 163 | 42 |
| EF1 | | | 116-232 | 32-62 |
| BPB1 | | | 163-1441 | 5-256 |

48.     In March 2007, prior to mining, White Flame submitted to WVDEP a second

baseline benthic report on stream conditions in Slate Branch.  The report found that habitat

scores in Slate Branch ranged from 133 to 124, and that the WVSCI scores were 82.19 and

11

83.34.  According to WVDEP's 2016 Section 303(d) List (p. 8), streams are not biologically impaired when their West Virginia Stream Condition Index (WVSCI) scores are above 72.

49.     After mining began, discharges from outlets and instream monitoring points below the No. 10 Mine's valley fills have shown increased levels of conductivity, sulfates and total dissolved solids.  Outlet 005 at that mine is downstream from Valley Fill 1 and discharges into Slate Branch, which flows into Rockhouse Fork, which flows into Pigeon Creek.  Outlet 012 is downstream from Valley Fills 6A and 6B and discharges into Curry Branch, which flows into Rockhouse Fork, which flows into Pigeon Creek.  Outlet 031 is downstream from Valley Fill 4 and discharges into Big Pigeonroost Branch, which flows into Rockhouse Fork, which flows into Pigeon Creek.  Outlets 045 and 47 are downstream from Valley Fills 2 and 3 and discharge into Evans Ferrell Branch, which flows into Pigeon Creek.

50.     Lexington's discharge monitoring reports since April 2018 show that the water in Slate Branch downstream from Outlet 005 at location DSB1 contained the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids (TDS):

|        | Cond | pH    | $SO_4$ | TDS  |
|--------|------|-------|--------|------|
| Apr 18 | 1689 | 8.3   | 772    | 1350 |
| May 18 | 1844 | 8.23  | 961    | 1680 |
| Jun 18 | 2470 | 8.19  | 1425   | 2280 |
| Jul 18 | 2730 | 8.14  | 1590   | 2505 |
| Aug 18 | 2725 | 8.27  | 1590   | 2505 |
| Sep 18 | 1691 | 8.23  | 807    | 1380 |
| Oct 18 | 1763 | 8.21  | 988    | 1500 |
| Nov 18 | 1014 | 8.32  | 438    | 773  |
| Dec 18 | 1038 | 8.33  | 461    | 821  |
| Jan 19 | 1457 | 8.33  | 675    | 1203 |
| Feb 19 | 1201 | 8.425 | 556    | 947  |
| Mar 19 | 1665 | 8.45  | 874    | 1425 |
| Apr 19 | 1655 | 8.68  | 890    | 1445 |
| May 19 | 1783 | 8.34  | 906    | 1580 |
| Jun 19 | 2290 | 8.28  | 1115   | 2085 |

51.     Lexington's discharge monitoring reports since April 2018 show that it

discharged the following average amounts of specific conductance (Cond), pH, sulfates (SO₄)

and total dissolved solids (TDS) from Outlet 005 into Slate Branch:

|        | Cond | pH    | SO₄  | TDS  |
|--------|------|-------|------|------|
| Apr 18 | 1940 | 8.40  | 922  | 1606 |
| May 18 | 2113 | 8.14  | 1063 | 1850 |
| Jun 18 | 2500 | 8.17  | 1440 | 2315 |
| Jul 18 | 2695 | 8.16  | 1490 | 2560 |
| Aug 18 | 2940 | 8.1   | 1730 | 2660 |
| Sep 18 | 1784 | 8.1   | 844  | 1585 |
| Oct 18 | 2016 | 8.26  | 1165 | 1770 |
| Nov 18 | 1749 | 8.33  | 915  | 1525 |
| Dec 18 | 1309 | 8.37  | 595  | 1060 |
| Jan 19 | 1500 | 8.435 | 720  | 1260 |
| Feb 19 | 1528 | 8.41  | 788  | 1334 |
| Mar 19 | 1754 | 8.72  | 916  | 1505 |
| Apr 19 | 1948 | 8.82  | 1043 | 1710 |
| May 19 | 1783 | 8.33  | 881  | 1555 |
| Jun 19 | 2210 | 8.30  | 1103 | 1975 |

52.     Lexington's discharge monitoring reports since April 2018 show that the water in

Curry Branch downstream from Outlet 012 at location DCB1 contained the following average

amounts of specific conductance (Cond), pH, sulfates (SO₄) and total dissolved solids (TDS):

|        | Cond    | pH    | SO₄ | TDS |
|--------|---------|-------|-----|-----|
| Apr 18 | No flow |       |     |     |
| May 18 | No flow |       |     |     |
| Jun 18 | 1016    | 8.27  | 352 | 718 |
| Jul 18 | 1004    | 8.37  | 322 | 718 |
| Aug 18 | 969     | 8.4   | 306 | 647 |
| Sep 18 | 869     | 8.24  | 259 | 550 |
| Oct 18 | 553     | 8.06  | 169 | 353 |
| Nov 18 | 1052    | 8.2   | 463 | 767 |
| Dec 18 | 394     | 7.9   | 92  | 254 |
| Jan 19 | 478     | 8.085 | 112 | 291 |
| Feb 19 | 393     | 8.13  | 103 | 241 |
| Mar 19 | 564     | 8.62  | 173 | 368 |

| | | | | |
|---|---|---|---|---|
| Apr 19 | 564 | 8.67 | 169 | 366 |
| May 19 | 650 | 8.42 | 183 | 427 |
| Jun 19 | 933 | 8.34 | 351 | 708 |

53.    Lexington's discharge monitoring reports since April 2018 show that it

discharged the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$)

and total dissolved solids (TDS) from Outlet 012 into Curry Branch:

| | Cond | pH | SO4 | TDS |
|---|---|---|---|---|
| Apr 18 | 825 | 8.26 | 270 | 608 |
| May 18 | 928 | 8.15 | 466 | 791 |
| Jun 18 | 1458 | 8.12 | 632 | 1155 |
| Jul 18 | 1650 | 8.21 | 724 | 1385 |
| Aug 18 | 1780 | 8.08 | 883 | 1515 |
| Sep 18 | 1080 | 8.34 | 442 | 800 |
| Oct 18 | 1062 | 8.5 | 434 | 787 |
| Nov 18 | 961 | 8.31 | 402 | 699 |
| Dec 18 | 788 | 8.24 | 301 | 574 |
| Jan 19 | 834 | 8.3 | 332 | 567 |
| Feb 19 | 705 | 8.31 | 247 | 499 |
| Mar 19 | 897 | 8.515 | 385 | 675 |
| Apr 19 | 923 | 8.53 | 384 | 655 |
| May 19 | 949 | 8.28 | 350 | 686 |
| Jun 19 | 1160 | 8.35 | 481 | 918 |

54.    Lexington's discharge monitoring reports since April 2018 show that the water in

Big Pigeonroost Branch downstream from Outlet 031 at location BPB1 contained the following

average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids

(TDS):

| | Cond | pH | SO4 | TDS |
|---|---|---|---|---|
| Apr 18 | 1097 | 8.48 | 359 | 771 |
| May 18 | 1352 | 8.34 | 477 | 1006 |
| Jun 18 | 1715 | 8.32 | 668 | 1350 |
| Jul 18 | 1729 | 8.39 | 748 | 1410 |
| Aug 18 | 1679 | 8.50 | 688 | 1335 |
| Sep 18 | 1404 | 8.45 | 528 | 1041 |
| Oct 18 | 1337 | 8.35 | 511 | 995 |

| Nov 18 | 1045 | 8.51 | 352 | 745 |
| Dec 18 | 792 | 8.37 | 252 | 550 |
| Jan 19 | 1003 | 8.445 | 359 | 721 |
| Feb 19 | 837 | 8.595 | 271 | 588 |
| Mar 19 | 1095 | 8.635 | 417 | 796 |
| Apr 19 | 1128 | 8.94 | 437 | 844 |
| May 19 | 1270 | 8.3 | 487 | 999 |
| Jun 19 | 914 | 8.08 | 371 | 743 |

55.     Lexington's discharge monitoring reports since April 2018 show that it discharged the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids (TDS) from Outlet 031 into Big Pigeonroost Branch:

|  | Cond | pH | $SO_4$ | TDS |
|---|---|---|---|---|
| Apr 18 | 2760 | 7.41 | 1030 | 1810 |
| May 18 | 2220 | 7.10 | 991 | 1890 |
| Jun 18 | 2520 | 7.05 | 1255 | 2195 |
| Jul 18 | 2565 | 7.02 | 1325 | 2285 |
| Aug 18 | 2625 | 7.07 | 1340 | 2265 |
| Sep 18 | 1917 | 7.53 | 935 | 1670 |
| Oct 18 | 1709 | 8.36 | 753 | 1455 |
| Nov 18 | 1574 | 8.39 | 731 | 1270 |
| Dec 18 | 1327 | 8.34 | 534 | 1060 |
| Jan 19 | 1632 | 8.34 | 658 | 1284 |
| Feb 19 | 1081 | 8.475 | 551 | 1046 |
| Mar 19 | 1711 | 8.335 | 763 | 1435 |
| Apr 19 | 1636 | 8.68 | 743 | 1320 |
| May 19 | 1751 | 8.34 | 791 | 1540 |
| Jun 19 | 1745 | 8.38 | 797 | 1515 |

56.     Lexington's discharge monitoring reports since April 2018 show that the water in Evans Ferrell Branch downstream from Outlets 045 and 047 at location DEF1 contained the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids (TDS):

|  | Cond | pH | $SO_4$ | TDS |
|---|---|---|---|---|
| Apr 18 | 1620 | 8.41 | 657 | 1320 |
| May 18 | 1913 | 8.27 | 825 | 1590 |

| | | | | |
|---|---|---|---|---|
| Jun 18 | 2105 | 8.25 | 1150 | 1845 |
| Jul 18 | 2400 | 8.3 | 1350 | 2150 |
| Aug 18 | 2340 | 8.31 | 1270 | 2090 |
| Sep 18 | 1709 | 8.05 | 774 | 1415 |
| Oct 18 | 1658 | 8.1 | 765 | 1370 |
| Nov 18 | 1574 | 8.34 | 714 | 1275 |
| Dec 18 | 1109 | 8.39 | 436 | 829 |
| Jan 19 | 1493 | 8.525 | 694 | 1240 |
| Feb 19 | 1259 | 8.57 | 542 | 973 |
| Mar 19 | 1610 | 8.545 | 774 | 1325 |
| Apr 19 | 1881 | 8.95 | 956 | 1600 |
| May 19 | 1836 | 8.38 | 834 | 1550 |
| Jun 19 | 2016 | 8.37 | 944 | 1805 |

57.    Lexington's discharge monitoring reports since April 2018 show that it discharged the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids (TDS) from Outlet 045 into Evans Ferrell Branch:

| | Cond | pH | $SO_4$ | TDS |
|---|---|---|---|---|
| Apr 18 | 2031 | 8.42 | 892 | 1586 |
| May 18 | 2068 | 8.18 | 1035 | 1865 |
| Jun 18 | 2425 | 8.09 | 1310 | 2095 |
| Jul 18 | 2760 | 8.22 | 1570 | 2520 |
| Aug 18 | 2930 | 8.16 | 1675 | 2665 |
| Sep 18 | 1873 | 8.26 | 835 | 1600 |
| Oct 18 | 1920 | 8.26 | 899 | 1640 |
| Nov 18 | 1837 | 8.51 | 895 | 1555 |
| Dec 18 | 1397 | 8.36 | 634 | 1130 |
| Jan 19 | 1593 | 8.53 | 728 | 1320 |
| Feb 19 | 1856 | 8.48 | 899 | 1555 |
| Mar 19 | 1788 | 8.195 | 891 | 1520 |
| Apr 19 | 2200 | 8.77 | 1125 | 1915 |
| May 19 | 941 | 8.33 | 953 | 1705 |
| Jun 19 | 2161 | 8.32 | 1036 | 1870 |

58.    Lexington's discharge monitoring reports since April 2018 show that it discharged the following average amounts of specific conductance (Cond), pH, sulfates ($SO_4$) and total dissolved solids (TDS) from Outlet 047 into Evans Ferrell Branch:

16

|        | Cond | pH    | SO₄  | TDS  |
|--------|------|-------|------|------|
| Apr 18 | 2126 | 8.11  | 887  | 1586 |
| May 18 | 2062 | 7.72  | 930  | 1785 |
| Jun 18 | 2264 | 7.84  | 1155 | 1945 |
| Jul 18 | 2340 | 8.33  | 1280 | 2075 |
| Aug 18 | 2385 | 8.27  | 1330 | 2140 |
| Sep 18 | 1828 | 8.41  | 463  | 1610 |
| Oct 18 | 1876 | 8.325 | 890  | 1615 |
| Nov 18 | 1718 | 8.455 | 802  | 1455 |
| Dec 18 | 1424 | 8.45  | 620  | 1170 |
| Jan 19 | 1581 | 8.56  | 684  | 1285 |
| Feb 19 | 1774 | 8.525 | 786  | 1455 |
| Mar 19 | 1714 | 8.37  | 804  | 1455 |
| Apr 19 | 2002 | 8.85  | 1004 | 1685 |
| May 19 | 1810 | 8.36  | 834  | 1585 |
| Jun 19 | 2089 | 8.36  | 987  | 1755 |

59.     High levels of conductivity, dissolved solids, alkalinity, and ionic chemicals (including sulfates, bicarbonate, magnesium and calcium) are a primary cause of water quality impairments downstream from mine discharges.

60.     In 2011, EPA scientists summarized the existing science connecting conductivity and biological degradation in an EPA report entitled, "A Field-Based Aquatic Life Benchmark for Conductivity in Central Appalachian Streams." That report, which was peer-reviewed by scientists on EPA's Science Advisory Board, used EPA's standard method for deriving water quality criteria to derive a conductivity benchmark of 300 µS/cm. *Id*. at xiv-xv.  According to the species sensitivity distribution in the benchmark, on average, five percent of species are lost when conductivity rises to 295 µS/cm, over 50% are lost at 2000 µS/cm, and close to 60% are lost at 3000 µS/cm. *Id*. at 18.

61.     EPA considered potential confounding factors, including habitat, temperature, deposited sediments and pH, and concluded that none of them altered the relationship between conductivity and biological decline or the benchmark value of 300 µS/cm.  *Id. at* 41, B-22.  EPA

found that the loss of aquatic species from increased conductivity was "a severe and clear effect." *Id*. at A-37. EPA also conducted a detailed causal assessment and concluded that there is a causal relationship between conductivity and stream impairment in West Virginia. *Id*. at A-39. Finally, EPA's benchmark report analyzed the relationship between the WVSCI biological impairment threshold and conductivity levels, and found that a WVSCI score of 64 (close to the impairment threshold of 68) corresponds to streams with conductivity of about 300 μS/cm on average. *Id*. at A-36. A statistical analysis included in the benchmark determined that at a conductivity level of 300 μS/cm a stream has a 59% likelihood of being impaired and at 500 μS/cm a stream has a 72% likelihood of being impaired. *Id*. at A-36.

62.    Highly conductive leachate from surface mines in Appalachia results from the weathering of pyritic material, which interacts with regional geology to form an alkaline mixture dominated by sulfate ($SO_4$), bicarbonate ($HCO_3$), magnesium (Mg) and calcium (Ca). This alkaline mine drainage can be characterized by high levels of sulfates, increased pH and high ionic strength. The drainage coming out of Outlets 002 and 024 at the Low Gap mine and Outlets 005, 012, 031, 045 and 047 at Mine No. 10 is dominated by sulfates and is both high in ionic strength and alkaline. It is therefore characteristic of alkaline mine drainage in the region.

63.    Although publicly available permit records for the two mines contain no measurements of bicarbonate, magnesium, or calcium levels in the discharges, it can be inferred from the studies listed above that those ions are likely to be present in the discharge mixture at each of those outlets. The ionic mixture of such drainage is known to cause the loss of aquatic macroinvertebrates in Appalachian areas where surface coal mining is prevalent and ultimately the biological impairment of the receiving stream. The high concentration of ionic pollutants in

alkaline mine drainage also has significant adverse effects on fish assemblages and has toxic effects on aquatic life, including mayflies.

64.     The EPA Benchmark report is supported by peer-reviewed studies, including a study by Bernhardt, et al., titled "How Many Mountains Can We Mine? Assessing the Regional Degradation of Central Appalachian Rivers by Surface Coal Mining," Environmental Science & Technology, 46 (15), pp. 8115–8122 (2012).  That study's authors found that:

> The extent of surface mining within catchments is highly correlated with the ionic strength and sulfate concentrations of receiving streams.  Generalized additive models were used to estimate the amount of watershed mining, stream ionic strength, or sulfate concentrations beyond which biological impairment (based on state biocriteria) is likely.  We find this threshold is reached once surface coal mines occupy >5.4% of their contributing watershed area, ionic strength exceeds 308 $\mu$S cm$^{-1}$, or sulfate concentrations exceed 50 mg/L.

65.     A 2016 study by Clements and Kotalik using simulated mine effluents in an experimental stream under controlled conditions measured the same adverse effects on aquatic organisms at conductivity levels of 300 $\mu$S/cm and lower.

66.     Lexington's Low Gap Surface Mine No. 2 and No. 10 Mine are major development activities covering a significant portion of the area in the Ben Creek and upper Pigeon Creek watersheds.  The high mining intensity in those watersheds and the related discharges from Outlets 002 and 024 at the Low Gap mine and Outlets 005, 012, 031, 045 and 047 at Mine No. 10 have likely caused or materially contributed to biological impairment in downstream tributaries of Ben Creek and Pigeon Creek and in the main stems of those Creeks.

**Violations of Selenium Limits at Lexington's Low Gap Surface Mine and No. 10 Mine**

67.     In its monthly discharge monitoring reports, Lexington has reported violating its permit limits for total recoverable selenium at its Low Gap mine in the following months and at the following outlets:

| | Month | Out-let | Para-meter | Limit | Units | Type | Reported | Units | % Over Limit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Oct 18 | 002 | Se | 4.7 | ug/l | Avg | 10.93 | ug/l | 133 |
| 2 | Oct 18 | 002 | Se | 8.2 | ug/l | Max | 11.4 | ug/l | 39 |
| 3 | Oct 18 | 002 | Se | 8.2 | ug/l | Max | 10.2 | ug/l | 24 |
| 4 | Nov 18 | 002 | Se | 4.7 | ug/l | Avg | 7.8 | ug/l | 66 |
| 5 | Nov 18 | 002 | Se | 8.2 | ug/l | Max | 10 | ug/l | 22 |
| 6 | Dec 18 | 002 | Se | 4.7 | ug/l | Avg | 10.05 | ug/l | 114 |
| 7 | Dec 18 | 002 | Se | 8.2 | ug/l | Max | 10.4 | ug/l | 27 |
| 8 | Dec 18 | 002 | Se | 8.2 | ug/l | Max | 9.7 | ug/l | 18 |
| 9 | Apr 19 | 002 | Se | 4.7 | ug/l | Avg | 11.8 | ug/l | 151 |
| 10 | Apr 19 | 002 | Se | 8.2 | ug/l | Max | 12.2 | ug/l | 49 |
| 11 | Apr 19 | 002 | Se | 8.2 | ug/l | Max | 11.4 | ug/l | 39 |
| 12 | May 19 | 002 | Se | 4.7 | ug/l | Avg | 9.75 | ug/l | 107 |
| 13 | May 19 | 002 | Se | 8.2 | ug/l | Max | 10.6 | ug/l | 29 |
| 14 | May 19 | 002 | Se | 8.2 | ug/l | Max | 8.9 | ug/l | 9 |
| 15 | Jun 19 | 002 | Se | 4.7 | ug/l | Avg | 9.5 | ug/l | 102 |
| 16 | Jun 19 | 002 | Se | 8.2 | ug/l | Max | 10.5 | ug/l | 28 |
| 17 | Jun 19 | 002 | Se | 8.2 | ug/l | Max | 8.5 | ug/l | 4 |
| 18 | Oct 18 | 019 | Se | 4.7 | ug/l | Avg | 6.9 | ug/l | 47 |
| 19 | Dec 18 | 019 | Se | 4.7 | ug/l | Avg | 6.45 | ug/l | 37 |
| 20 | Apr 19 | 019 | Se | 4.7 | ug/l | Avg | 5.05 | ug/l | 7 |
| 21 | Oct 18 | 024 | Se | 4.7 | ug/l | Avg | 8.1 | ug/l | 72 |
| 22 | Nov 18 | 024 | Se | 4.7 | ug/l | Avg | 5.9 | ug/l | 26 |
| 23 | Dec 18 | 024 | Se | 4.7 | ug/l | Avg | 7.8 | ug/l | 66 |
| 24 | Dec 18 | 024 | Se | 8.2 | ug/l | Max | 8.5 | ug/l | 4 |
| 25 | Apr 19 | 024 | Se | 4.7 | ug/l | Avg | 8.9 | ug/l | 89 |
| 26 | Apr 19 | 024 | Se | 8.2 | ug/l | Max | 9 | ug/l | 10 |
| 27 | Apr 19 | 024 | Se | 8.2 | ug/l | Max | 8.8 | ug/l | 7 |
| 28 | May 19 | 024 | Se | 4.7 | ug/l | Avg | 9.85 | ug/l | 110 |
| 29 | May 19 | 024 | Se | 8.2 | ug/l | Max | 11.2 | ug/l | 37 |
| 30 | May 19 | 024 | Se | 8.2 | ug/l | Max | 8.5 | ug/l | 4 |
| 31 | Jun 19 | 024 | Se | 4.7 | ug/l | Avg | 10.05 | ug/l | 114 |
| 32 | Jun 19 | 024 | Se | 8.2 | ug/l | Max | 10.6 | ug/l | 29 |
| 33 | Jun 19 | 024 | Se | 8.2 | ug/l | Max | 9.5 | ug/l | 16 |

68.     In its monthly discharge monitoring reports, Lexington has reported violating its permit limits for total recoverable selenium at its No. 10 Mine in the following months and at the following outlets:

| | Month | Out-let | Para-meter | Limit | Units | Type | Reported | Units | % Over Limit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Apr 18 | 005 | Se | 4.7 | ug/L | Avg | 11.1 | ug/L | 136 |
| 2 | Apr 18 | 005 | Se | 8.2 | ug/L | Max | 14 | ug/L | 71 |
| 3 | Apr 18 | 012 | Se | 4.7 | ug/L | Avg | 6.3 | ug/L | 34 |
| 4 | Apr 18 | 031 | Se | 4.7 | ug/L | Avg | 11 | ug/L | 134 |
| 5 | Apr 18 | 031 | Se | 8.2 | ug/L | Max | 11 | ug/L | 34 |
| 6 | Apr 18 | 045 | Se | 4.7 | ug/L | Avg | 21.8 | ug/L | 364 |
| 7 | Apr 18 | 045 | Se | 8.2 | ug/L | Max | 23.3 | ug/L | 184 |
| 8 | Apr 18 | 045 | Se | 8.2 | ug/L | Max | 20.3 | ug/L | 148 |
| 9 | Apr 18 | 047 | Se | 4.7 | ug/L | Avg | 17.9 | ug/L | 281 |
| 10 | Apr 18 | 047 | Se | 8.2 | ug/L | Max | 19.4 | ug/L | 137 |
| 11 | Apr 18 | 047 | Se | 8.2 | ug/L | Max | 17 | ug/L | 107 |
| 12 | May 18 | 005 | Se | 4.7 | ug/L | Avg | 11.55 | ug/L | 146 |
| 13 | May 18 | 005 | Se | 8.2 | ug/L | Max | 12.1 | ug/L | 48 |
| 14 | May 18 | 005 | Se | 8.2 | ug/L | Max | 11 | ug/L | 34 |
| 15 | May 18 | 012 | Se | 4.7 | ug/L | Avg | 8.15 | ug/L | 73 |
| 16 | May 18 | 012 | Se | 8.2 | ug/L | Max | 8.6 | ug/L | 5 |
| 17 | May 18 | 031 | Se | 4.7 | ug/L | Avg | 11.95 | ug/L | 154 |
| 18 | May 18 | 031 | Se | 8.2 | ug/L | Max | 12.4 | ug/L | 51 |
| 19 | May 18 | 031 | Se | 8.2 | ug/L | Max | 11.5 | ug/L | 40 |
| 20 | May 18 | 045 | Se | 4.7 | ug/L | Avg | 25.5 | ug/L | 443 |
| 21 | May 18 | 045 | Se | 8.2 | ug/L | Max | 26 | ug/L | 217 |
| 22 | May 18 | 045 | Se | 8.2 | ug/L | Max | 25 | ug/L | 205 |
| 23 | May 18 | 047 | Se | 4.7 | ug/L | Avg | 19.7 | ug/L | 319 |
| 24 | May 18 | 047 | Se | 8.2 | ug/L | Max | 19.7 | ug/L | 140 |
| 25 | Jun 18 | 005 | Se | 4.7 | ug/L | Avg | 15.6 | ug/L | 232 |
| 26 | Jun 18 | 005 | Se | 8.2 | ug/L | Max | 15.7 | ug/L | 91 |
| 27 | Jun 18 | 005 | Se | 8.2 | ug/L | Max | 15.5 | ug/L | 89 |
| 28 | Jun 18 | 012 | Se | 4.7 | ug/L | Avg | 12.25 | ug/L | 161 |
| 29 | Jun 18 | 012 | Se | 8.2 | ug/L | Max | 13.2 | ug/L | 61 |
| 30 | Jun 18 | 012 | Se | 8.2 | ug/L | Max | 11.3 | ug/L | 38 |
| 31 | Jun 18 | 031 | Se | 4.7 | ug/L | Avg | 13.8 | ug/L | 194 |
| 32 | Jun 18 | 031 | Se | 8.2 | ug/L | Max | 14.2 | ug/L | 73 |
| 33 | Jun 18 | 031 | Se | 8.2 | ug/L | Max | 13.4 | ug/L | 63 |
| 34 | Jun 18 | 045 | Se | 4.7 | ug/L | Avg | 25.7 | ug/L | 447 |
| 35 | Jun 18 | 045 | Se | 8.2 | ug/L | Max | 29.2 | ug/L | 256 |
| 36 | Jun 18 | 045 | Se | 8.2 | ug/L | Max | 22.2 | ug/L | 171 |
| 37 | Jun 18 | 047 | Se | 4.7 | ug/L | Avg | 18.84 | ug/L | 301 |
| 38 | Jun 18 | 047 | Se | 8.2 | ug/L | Max | 21.5 | ug/L | 162 |
| 39 | Jun 18 | 047 | Se | 8.2 | ug/L | Max | 16.2 | ug/L | 98 |
| 40 | Jul 18 | 005 | Se | 4.7 | ug/L | Avg | 12.9 | ug/L | 174 |

| 41 | Jul 18 | 005 | Se | 8.2 | ug/L | Max | 12.9 | ug/L | 57 |
|----|--------|-----|----|-----|------|-----|------|------|----|
| 42 | Jul 18 | 012 | Se | 4.7 | ug/L | Avg | 13.65 | ug/L | 190 |
| 43 | Jul 18 | 012 | Se | 8.2 | ug/L | Max | 13.7 | ug/L | 67 |
| 44 | Jul 18 | 012 | Se | 8.2 | ug/L | Max | 13.6 | ug/L | 66 |
| 45 | Jul 18 | 031 | Se | 4.7 | ug/L | Avg | 12.95 | ug/L | 176 |
| 46 | Jul 18 | 031 | Se | 8.2 | ug/L | Max | 13.4 | ug/L | 63 |
| 47 | Jul 18 | 031 | Se | 8.2 | ug/L | Max | 12.5 | ug/L | 52 |
| 48 | Jul 18 | 045 | Se | 4.7 | ug/L | Avg | 31.7 | ug/L | 574 |
| 49 | Jul 18 | 045 | Se | 8.2 | ug/L | Max | 33.5 | ug/L | 309 |
| 50 | Jul 18 | 045 | Se | 8.2 | ug/L | Max | 29.9 | ug/L | 265 |
| 51 | Jul 18 | 047 | Se | 4.7 | ug/L | Avg | 19.4 | ug/L | 313 |
| 52 | Jul 18 | 047 | Se | 8.2 | ug/L | Max | 20.4 | ug/L | 149 |
| 53 | Jul 18 | 047 | Se | 8.2 | ug/L | Max | 18.4 | ug/L | 124 |
| 54 | Aug 18 | 005 | Se | 4.7 | ug/L | Avg | 12.55 | ug/L | 167 |
| 55 | Aug 18 | 005 | Se | 8.2 | ug/L | Max | 12.9 | ug/L | 57 |
| 56 | Aug 18 | 005 | Se | 8.2 | ug/L | Max | 12.2 | ug/L | 49 |
| 57 | Aug 18 | 012 | Se | 4.7 | ug/L | Avg | 13 | ug/L | 177 |
| 58 | Aug 18 | 012 | Se | 8.2 | ug/L | Max | 13 | ug/L | 59 |
| 59 | Aug 18 | 031 | Se | 4.7 | ug/L | Avg | 12.6 | ug/L | 168 |
| 60 | Aug 18 | 031 | Se | 8.2 | ug/L | Max | 13.1 | ug/L | 60 |
| 61 | Aug 18 | 031 | Se | 8.2 | ug/L | Max | 12.1 | ug/L | 48 |
| 62 | Aug 18 | 045 | Se | 4.7 | ug/L | Avg | 29.8 | ug/L | 534 |
| 63 | Aug 18 | 045 | Se | 8.2 | ug/L | Max | 30.2 | ug/L | 268 |
| 64 | Aug 18 | 045 | Se | 8.2 | ug/L | Max | 29.4 | ug/L | 259 |
| 65 | Aug 18 | 047 | Se | 4.7 | ug/L | Avg | 17.3 | ug/L | 268 |
| 66 | Aug 18 | 047 | Se | 8.2 | ug/L | Max | 17.5 | ug/L | 113 |
| 67 | Aug 18 | 047 | Se | 8.2 | ug/L | Max | 17.1 | ug/L | 109 |
| 68 | Sep 18 | 005 | Se | 4.7 | ug/L | Avg | 10 | ug/L | 113 |
| 69 | Sep 18 | 005 | Se | 8.2 | ug/L | Max | 11.7 | ug/L | 43 |
| 70 | Sep 18 | 005 | Se | 8.2 | ug/L | Max | 8.3 | ug/L | 1 |
| 71 | Sep 18 | 012 | Se | 4.7 | ug/L | Avg | 8.85 | ug/L | 88 |
| 72 | Sep 18 | 012 | Se | 8.2 | ug/L | Max | 9.2 | ug/L | 12 |
| 73 | Sep 18 | 012 | Se | 8.2 | ug/L | Max | 8.5 | ug/L | 4 |
| 74 | Sep 18 | 031 | Se | 4.7 | ug/L | Avg | 15 | ug/L | 219 |
| 75 | Sep 18 | 031 | Se | 8.2 | ug/L | Max | 16.6 | ug/L | 102 |
| 76 | Sep 18 | 031 | Se | 8.2 | ug/L | Max | 13.4 | ug/L | 63 |
| 77 | Sep 18 | 045 | Se | 4.7 | ug/L | Avg | 19.75 | ug/L | 320 |
| 78 | Sep 18 | 045 | Se | 8.2 | ug/L | Max | 21 | ug/L | 156 |
| 79 | Sep 18 | 045 | Se | 8.2 | ug/L | Max | 18.5 | ug/L | 126 |
| 80 | Sep 18 | 047 | Se | 4.7 | ug/L | Avg | 15.85 | ug/L | 237 |
| 81 | Sep 18 | 047 | Se | 8.2 | ug/L | Max | 16.6 | ug/L | 102 |
| 82 | Sep 18 | 047 | Se | 8.2 | ug/L | Max | 15.1 | ug/L | 84 |

| 83 | Oct 18 | 005 | Se | 4.7 | ug/L | Avg | 12.6 | ug/L | 168 |
| 84 | Oct 18 | 005 | Se | 8.2 | ug/L | Max | 14.2 | ug/L | 73 |
| 85 | Oct 18 | 005 | Se | 8.2 | ug/L | Max | 11 | ug/L | 34 |
| 86 | Oct 18 | 012 | Se | 4.7 | ug/L | Avg | 8.5 | ug/L | 81 |
| 87 | Oct 18 | 012 | Se | 8.2 | ug/L | Max | 9.6 | ug/L | 17 |
| 88 | Oct 18 | 031 | Se | 4.7 | ug/L | Avg | 13.8 | ug/L | 194 |
| 89 | Oct 18 | 031 | Se | 8.2 | ug/L | Max | 16.2 | ug/L | 98 |
| 90 | Oct 18 | 031 | Se | 8.2 | ug/L | Max | 11.4 | ug/L | 39 |
| 91 | Oct 18 | 045 | Se | 4.7 | ug/L | Avg | 22.4 | ug/L | 377 |
| 92 | Oct 18 | 045 | Se | 8.2 | ug/L | Max | 23.5 | ug/L | 187 |
| 93 | Oct 18 | 045 | Se | 8.2 | ug/L | Max | 21.3 | ug/L | 160 |
| 94 | Nov 18 | 005 | Se | 4.7 | ug/L | Avg | 8.8 | ug/L | 87 |
| 95 | Nov 18 | 005 | Se | 8.2 | ug/L | Max | 11.2 | ug/L | 37 |
| 96 | Nov 18 | 012 | Se | 4.7 | ug/L | Avg | 6.75 | ug/L | 44 |
| 97 | Nov 18 | 012 | Se | 8.2 | ug/L | Max | 9.2 | ug/L | 12 |
| 98 | Nov 18 | 031 | Se | 4.7 | ug/L | Avg | 9.85 | ug/L | 110 |
| 99 | Nov 18 | 031 | Se | 8.2 | ug/L | Max | 12.7 | ug/L | 55 |
| 100 | Nov 18 | 045 | Se | 4.7 | ug/L | Avg | 20.75 | ug/L | 341 |
| 101 | Nov 18 | 045 | Se | 8.2 | ug/L | Max | 22.3 | ug/L | 172 |
| 102 | Nov 18 | 045 | Se | 8.2 | ug/L | Max | 19.2 | ug/L | 134 |
| 103 | Dec 18 | 005 | Se | 4.7 | ug/L | Avg | 6.7 | ug/L | 43 |
| 104 | Dec 18 | 012 | Se | 4.7 | ug/L | Avg | 6.05 | ug/L | 29 |
| 105 | Dec 18 | 031 | Se | 4.7 | ug/L | Avg | 11.3 | ug/L | 140 |
| 106 | Dec 18 | 031 | Se | 8.2 | ug/L | Max | 11.5 | ug/L | 40 |
| 107 | Dec 18 | 031 | Se | 8.2 | ug/L | Max | 11.1 | ug/L | 35 |
| 108 | Dec 18 | 045 | Se | 4.7 | ug/L | Avg | 15.05 | ug/L | 220 |
| 109 | Dec 18 | 045 | Se | 8.2 | ug/L | Max | 16.5 | ug/L | 101 |
| 110 | Dec 18 | 045 | Se | 8.2 | ug/L | Max | 13.6 | ug/L | 66 |
| 111 | Jan 19 | 005 | Se | 4.7 | ug/L | Avg | 9.3 | ug/L | 98 |
| 112 | Jan 19 | 005 | Se | 8.2 | ug/L | Max | 10.2 | ug/L | 24 |
| 113 | Jan 19 | 005 | Se | 8.2 | ug/L | Max | 8.4 | ug/L | 2 |
| 114 | Jan 19 | 012 | Se | 4.7 | ug/L | Avg | 6.35 | ug/L | 35 |
| 115 | Jan 19 | 031 | Se | 4.7 | ug/L | Avg | 11.9 | ug/L | 153 |
| 116 | Jan 19 | 031 | Se | 8.2 | ug/L | Max | 12.3 | ug/L | 50 |
| 117 | Jan 19 | 031 | Se | 8.2 | ug/L | Max | 11.5 | ug/L | 40 |
| 118 | Jan 19 | 045 | Se | 4.7 | ug/L | Avg | 16.85 | ug/L | 259 |
| 119 | Jan 19 | 045 | Se | 8.2 | ug/L | Max | 18 | ug/L | 120 |
| 120 | Jan 19 | 045 | Se | 8.2 | ug/L | Max | 15.7 | ug/L | 91 |
| 121 | Jan 19 | 047 | Se | 4.7 | ug/L | Avg | 13.2 | ug/L | 181 |
| 122 | Jan 19 | 047 | Se | 8.2 | ug/L | Max | 13.7 | ug/L | 67 |
| 123 | Jan 19 | 047 | Se | 8.2 | ug/L | Max | 12.7 | ug/L | 55 |
| 124 | Feb 19 | 005 | Se | 4.7 | ug/L | Avg | 9.3 | ug/L | 98 |

| 125 | Feb-19 | 005 | Se | 8.2 | ug/L | Max | 13.5 | ug/L | 65 |
|-----|--------|-----|----|-----|------|-----|------|------|-----|
| 126 | Feb-19 | 012 | Se | 4.7 | ug/L | Avg | 5.6 | ug/L | 19 |
| 127 | Feb-19 | 031 | Se | 4.7 | ug/L | Avg | 9.25 | ug/L | 97 |
| 128 | Feb-19 | 031 | Se | 8.2 | ug/L | Max | 9.3 | ug/L | 13 |
| 129 | Feb-19 | 031 | Se | 8.2 | ug/L | Max | 9.2 | ug/L | 12 |
| 130 | Feb-19 | 045 | Se | 4.7 | ug/L | Avg | 21.3 | ug/L | 353 |
| 131 | Feb-19 | 045 | Se | 8.2 | ug/L | Max | 25.1 | ug/L | 206 |
| 132 | Feb-19 | 045 | Se | 8.2 | ug/L | Max | 17.5 | ug/L | 113 |
| 133 | Feb-19 | 047 | Se | 4.7 | ug/L | Avg | 16.85 | ug/L | 259 |
| 134 | Feb-19 | 047 | Se | 8.2 | ug/L | Max | 19.1 | ug/L | 133 |
| 135 | Feb-19 | 047 | Se | 8.2 | ug/L | Max | 14.6 | ug/L | 78 |
| 136 | Mar-19 | 005 | Se | 4.7 | ug/L | Avg | 10.55 | ug/L | 124 |
| 137 | Mar-19 | 005 | Se | 8.2 | ug/L | Max | 13.0 | ug/L | 59 |
| 138 | Mar 19 | 012 | Se | 4.7 | ug/L | Avg | 7.3 | ug/L | 55 |
| 139 | Mar 19 | 012 | Se | 8.2 | ug/L | Max | 8.8 | ug/L | 7 |
| 140 | Mar 19 | 031 | Se | 4.7 | ug/L | Avg | 12.267 | ug/L | 161 |
| 141 | Mar 19 | 031 | Se | 8.2 | ug/L | Max | 14.2 | ug/L | 73 |
| 142 | Mar 19 | 031 | Se | 8.2 | ug/L | Max | 11 | ug/L | 34 |
| 143 | Mar 19 | 045 | Se | 4.7 | ug/L | Avg | 19.95 | ug/L | 324 |
| 144 | Mar 19 | 045 | Se | 8.2 | ug/L | Max | 24.3 | ug/L | 196 |
| 145 | Mar 19 | 045 | Se | 8.2 | ug/L | Max | 15.6 | ug/L | 90 |
| 146 | Mar 19 | 047 | Se | 4.7 | ug/L | Avg | 15.6 | ug/L | 232 |
| 147 | Mar 19 | 047 | Se | 8.2 | ug/L | Max | 18.8 | ug/L | 129 |
| 148 | Mar 19 | 047 | Se | 8.2 | ug/L | Max | 12.4 | ug/L | 51 |
| 149 | Apr 19 | 005 | Se | 4.7 | ug/L | Avg | 10.15 | ug/L | 116 |
| 150 | Apr 19 | 005 | Se | 8.2 | ug/L | Max | 12 | ug/L | 46 |
| 151 | Apr 19 | 005 | Se | 8.2 | ug/L | Max | 8.3 | ug/L | 1 |
| 152 | Apr 19 | 012 | Se | 4.7 | ug/L | Avg | 6.4 | ug/L | 36 |
| 153 | Apr 19 | 031 | Se | 4.7 | ug/L | Avg | 9.6 | ug/L | 104 |
| 154 | Apr 19 | 031 | Se | 8.2 | ug/L | Max | 11.6 | ug/L | 41 |
| 155 | Apr 19 | 045 | Se | 4.7 | ug/L | Avg | 22 | ug/L | 368 |
| 156 | Apr 19 | 045 | Se | 8.2 | ug/L | Max | 27.4 | ug/L | 234 |
| 157 | Apr 19 | 045 | Se | 8.2 | ug/L | Max | 14.7 | ug/L | 79 |
| 158 | Apr 19 | 047 | Se | 4.7 | ug/L | Avg | 17.6 | ug/L | 274 |
| 159 | Apr 19 | 047 | Se | 8.2 | ug/L | Max | 17.8 | ug/L | 117 |
| 160 | Apr 19 | 047 | Se | 8.2 | ug/L | Max | 17.4 | ug/L | 112 |
| 161 | May 19 | 005 | Se | 4.7 | ug/L | Avg | 8.55 | ug/L | 82 |
| 162 | May 19 | 005 | Se | 8.2 | ug/L | Max | 10 | ug/L | 22 |
| 163 | May 19 | 012 | Se | 4.7 | ug/L | Avg | 7.15 | ug/L | 52 |
| 164 | May 19 | 031 | Se | 4.7 | ug/L | Avg | 10.2 | ug/L | 117 |
| 165 | May 19 | 031 | Se | 8.2 | ug/L | Max | 11.1 | ug/L | 35 |
| 166 | May 19 | 031 | Se | 8.2 | ug/L | Max | 9.3 | ug/L | 13 |

| 167 | May 19 | 045 | Se | 4.7 | ug/L | Avg | 22.15 | ug/L | 371 |
| 168 | May 19 | 045 | Se | 8.2 | ug/L | Max | 23.5 | ug/L | 187 |
| 169 | May 19 | 045 | Se | 8.2 | ug/L | Max | 20.8 | ug/L | 154 |
| 170 | May 19 | 047 | Se | 4.7 | ug/L | Avg | 14.5 | ug/L | 209 |
| 171 | May 19 | 047 | Se | 8.2 | ug/L | Max | 15.6 | ug/L | 90 |
| 172 | May 19 | 047 | Se | 8.2 | ug/L | Max | 13.4 | ug/L | 63 |
| 173 | Jun 19 | 005 | Se | 4.7 | ug/L | Avg | 10.65 | ug/L | 127 |
| 174 | Jun 19 | 005 | Se | 8.2 | ug/L | Max | 12.3 | ug/L | 50 |
| 175 | Jun 19 | 005 | Se | 8.2 | ug/L | Max | 9 | ug/L | 10 |
| 176 | Jun 19 | 012 | Se | 4.7 | ug/L | Avg | 7.2 | ug/L | 53 |
| 177 | Jun 19 | 031 | Se | 4.7 | ug/L | Avg | 9.75 | ug/L | 107 |
| 178 | Jun 19 | 031 | Se | 8.2 | ug/L | Max | 10.9 | ug/L | 33 |
| 179 | Jun 19 | 031 | Se | 8.2 | ug/L | Max | 8.6 | ug/L | 5 |
| 180 | Jun 19 | 047 | Se | 4.7 | ug/L | Avg | 17.1 | ug/L | 264 |
| 181 | Jun 19 | 047 | Se | 8.2 | ug/L | Max | 18.3 | ug/L | 123 |
| 182 | Jun 19 | 047 | Se | 8.2 | ug/L | Max | 15.9 | ug/L | 94 |

69.     The excessive selenium discharges at these two mines are contributing to the impairment of the receiving streams.  According to WVDEP's 2016 § 303(d) List (List Page 26), Ben Creek is biologically impaired and impaired for selenium along its entire length.  Similarly, Pigeon Creek is biologically impaired along its entire length (List Page 25) and impaired for selenium from river mile 31.0 to its headwaters (New List Page 10).  The main stem of Tug Fork is also biologically impaired from river mile 27.5 to its headwaters and impaired for selenium from river mile 143.2 to river mile 157.1.

### FIRST CLAIM FOR RELIEF
### (CWA § 402 Permit Violations)

70.     Plaintiffs incorporate by reference all allegations contained in paragraphs 1 through 69 above.

71.     Since at least April 2018, Lexington has discharged and continues to discharge pollutants from point sources, i.e., Outlets 002, 019 and 024 at its Low Gap Surface Mine No. 2 and Outlets 005, 012, 031, 045 and 047 at its No. 10 Mine, into tributaries of Ben Creek and Pigeon Creek, pursuant to WV/NPDES Permit Nos. WV1016288 and WV1020579, respectively.

72.    Ben Creek and its tributaries (Low Gap Branch, Right Fork Ben Creek, Left Fork Ben Creek, and Toler Creek), Pigeon Creek and its tributaries (Slate Branch, Curry Branch, Rockhouse Fork, Big Pigeonroost Branch, and Evans Ferrell Branch), and the Tug Fork River are waters of the United States within the meaning of 33 U.S.C. § 1362(7).

73.    Since at least April 2018, Lexington has discharged and continues to discharge total recoverable selenium from Outlets 002, 019 and 024 at its Low Gap Surface Mine No. 2 and Outlets 005, 012, 031, 045 and 047 at its No. 10 Mine in violation of the limits for that parameter in its WV/NPDES Permit Nos. WV1016288 and WV1020579.

74.    Since at least April 2018, Lexington has discharged and continues to discharge pollutants which cause ionic stress and biological impairment in Ben Creek and its tributaries (Low Gap Branch, Right Fork Ben Creek, Left Fork Ben Creek, and Toler Creek), and Pigeon Creek and its tributaries (Slate Branch, Curry Branch, Rockhouse Fork, Big Pigeonroost Branch, and Evans Ferrell Branch), in violation of the narrative water quality standards for biological integrity and aquatic life protection. 47 C.S.R. §§ 2-3.2.e & 2-3.2.i.

75.    The narrative water quality standards for biological integrity and aquatic life protection incorporated by reference into Part C of Lexington's WV/NPDES Permit Nos. WV1016288 and WV1020579 are "effluent standards or limitations" for purposes of Section 505(a)(1) and 505(f)(6) of the Clean Water Act because they are a condition of a permit issued under Section 402 of the Act.  33 U.S.C. §§ 1342, 1365(a)(1), 1365(f)(6).

76.    Based on the WVSCI scores and measured concentrations of ionic pollutants and specific conductivity in Lexington's discharges, and Lexington's failures to take corrective actions to address those conditions, Plaintiffs believe and allege that Lexington is in continuing violation of WV/NPDES Permit Nos. WV1016288 and WV1020579 and the CWA.

77.    Lexington is subject to an injunction under the CWA ordering it to cease its permit violations.

## SECOND CLAIM FOR RELIEF
### (CWA § 401 Certification Violations)

78.    Plaintiffs incorporate by reference all allegations contained in paragraphs 1 through 77 above.

79.    The narrative water quality standards for biological integrity and aquatic life protection in 47 C.S.R. §§ 2-3.2.e & 2-3.2.i are "effluent standards or limitations" for purposes of Section 505(a)(1) and 505(f)(5) of the Clean Water Act because compliance with water quality standards is a condition of two individual water quality certifications issued by WVDEP on July 16, 2003 and March 15, 2007 for Lexington's No. 10 Mine under Section 401 of the Act. 33 U.S.C. §§ 1341, 1365(a)(1), 1365(f)(5).  Compliance with those standards is also required by Standard Condition 13 in WVDEP's general water quality certification under Section 401 for the 2002 NWPs.

80.    Since at least April 2018, Lexington has discharged and continues to discharge pollutants from the No. 10 Mine which cause ionic stress and biological impairment in Pigeon Creek and its tributaries (Slate Branch, Curry Branch, Rockhouse Fork, Big Pigeonroost Branch, and Evans Ferrell Branch), in violation of the narrative water quality standards for biological integrity and aquatic life protection. 47 C.S.R. §§ 2-3.2.e & 2-3.2.i.

81.    Those violations of water quality standards are also violations of the two individual Section 401 certifications for the No. 10 Mine and Standard Condition 13 in the general Section 401 certification for the No. 10 Mine under the 2002 NWPs.

82.    Lexington is violating Standard Condition 3 in WVDEP's certification for the 2002 NWPs because the spoil materials from the No. 10 Mine that were placed in Valley Fills 1,

2, 3, 4, 6A, and 6B and that fill portions of Slate Branch, Curry Branch, Big Pigeonroost Branch and Evans Ferrell Branch are adversely affecting those surface waters and downstream waters by causing violations of water quality standards in those waters.

83.    Lexington is violating Standard Condition 5 in WVDEP's certification for the 2002 NWPs because the fill material used at the No. 10 Mine to create Valley Fills 1, 2, 3, 4, 6A, and 6B is adversely affecting the chemical and biological properties of Slate Branch, Curry Branch, Big Pigeonroost Branch, Evans Ferrell Branch, Pigeon Creek, and the Tug Fork River by causing violations of water quality standards in those waters.

84.    Lexington is subject to an injunction under the CWA ordering it to cease its violations of the conditions in the Section 401 certifications.

### THIRD CLAIM FOR RELIEF
### (SMCRA Violations)

85.    Plaintiffs incorporate by reference all allegations contained in paragraphs 1 through 84 above.

86.    Lexington's WVSCMRA Permits S401395 and S501501 require it to comply with performance standards of the WVSCMRA.  38 C.S.R. § 2-3.33(c).

87.    Those performance standards provide that discharges of water from areas disturbed by surface mining activities shall be made in compliance with all applicable State and Federal water quality laws and regulations.  30 C.F.R. § 816.42; *see also,* 38 C.S.R. § 2-14.5.b.

88.    West Virginia water quality standards prohibit discharges of "[m]aterials in concentrations which are harmful, hazardous or toxic to man, animal or aquatic life" or that cause "significant adverse impacts to the chemical, physical, hydrologic, or biological components of aquatic ecosystems."  47 C.S.R. §§ 2-3.2.e & 2-3.2.i.

89.     WVSCMRA performance standards also provide that "[a]ll surface mining and reclamation activities shall be conducted . . . to prevent material damage to the hydrologic balance outside of the permit area."  38 U.S.C. § 2-14.5.  "Material damage," at a minimum includes violations of water quality standards.

90.     By violating NPDES permit effluent limitations and West Virginia water quality standards for biological integrity and aquatic life protection at its Low Gap Surface Mine No. 2 and No. 10 Mine, Lexington has also violated, and is continuing to violate, the performance standards incorporated as conditions in its WVSCMRA Permits S401395 and S501501.

91.     Federal and State performance standards require that, "[i]f drainage control, restabilization and revegetation of disturbed areas, diversion of runoff, mulching, or other reclamation and remedial practices are not adequate to meet the requirements of this section and § 816.42, the operator shall use and maintain the necessary water-treatment facilities or water quality controls." 30 C.F.R. § 816.41(d)(1); *see also,* 38 C.S.R. § 2-14.5.c ("Adequate facilities shall be installed, operated and maintained using the best technology currently available in accordance with the approved preplan to treat any water discharged from the permit area so that it complies with the requirements of subdivision 14.5.b of this subsection.").

92.     The violations identified herein show that Lexington's existing treatment methods are insufficient to meet that requirement.  Thus, the performance standards require Lexington to construct a system that will effectively treat its effluent to levels that comply with all applicable effluent limitations and water quality standards.

93.     Each violation of Lexington's WVSCMRA permits is a violation of SMCRA and is enforceable under the citizen suit provision of SMCRA, 30 U.S.C. § 1270(a).

94.     Lexington is subject to an injunction under SMCRA ordering it to cease its permit

violations.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order:

1.      Declaring that Lexington has violated and is in continuing violation of the CWA and SMCRA;

2.      Enjoining Lexington from operating its Low Gap Surface Mine No. 2 and No. 10 Mine in such a manner as will result in further violations of WV/NPDES Permit Nos. WV1016288 and WV1020579, its water quality certifications and the conditions thereunder, and WVSCMRA permits S401395 and S501501;

3.      Ordering Lexington to immediately comply with the effluent limitations in WV/NPDES permit WV1016288 and WV1020579;

4.      Ordering Lexington to immediately comply with the conditions in its two individual water quality certifications dated July 22, 2003 and March 15, 2007 and with Standard Conditions 3, 5 and 13 in WVDEP's general certification for the 2002 NWPs;

5.      Ordering Lexington to immediately comply with the terms and conditions of WVSCMRA permit S401395 and S501501;

6.      Ordering Lexington to pay appropriate civil penalties for each day of each violation of its NPDES permits pursuant to Sections 309(d) and 505(a) of the Act, 33 U.S.C. §§ 1319(d) and 1365(a);

7.      Ordering Lexington to conduct monitoring and sampling to determine the environmental effects of its violations, to remedy and repair environmental contamination and/or degradation caused by its violations, and restore the environment to its prior uncontaminated condition;

8.      Awarding Plaintiffs their attorney and expert witness fees and all other reasonable

expenses incurred in pursuit of this action; and

9.      Granting other such relief as the Court deems just and proper.

Respectfully submitted,

/s/ J. Michael Becher
J. Michael Becher (WV Bar No. 10588)
Derek Teaney (WV Bar No. 10223)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org
dteaney@appalmad.org

Counsel for Plaintiffs