**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

**OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, APPALACHIAN VOICES, and SIERRA CLUB,**

**Plaintiffs,**

**v.** **CIVIL ACTION NO. 3:19-cv-00573**

**LEXINGTON COAL COMPANY, LLC,**

**Defendant.**

**DECLARTION OF DOUG WOOD**

1. My name is Doug Wood, I state and affirm as follows:

2. I prepared the attached expert report.

3. I hereby adopt the aforementioned report as my testimony

4. The facts in each of the reports are true and correct.

5. All of the opinions expressed in the reports are mine, and I hold them to a reasonable degree of scientific certainty.

I declare under penalty of perjury the foregoing is true and correct.

Date: Nov. 30, 2020

Douglas McClure Wood
____________________
Doug Wood

**Expert Report of Douglas Wood**

Qualifications:

I worked for nearly 34 years (Dec. 1977 through Oct. 11) for the Water Resources agency of the state of West Virginia as a field water quality monitoring (Water Resources Inspector, Environmental Resources Specialist 1, 2, then 3). The latter 15 years of my career I typically monitored streams of all sizes, collecting fish and benthic macroinvertebrate samples, assessing in-stream and near-stream habitat, collecting water quality samples, and monitoring in-stream physio-chemical data. Since my retirement in 2011, I have regularly participated in field training with the Watershed Assessment staff, sampling with various Save Our Streams volunteer watershed groups, and have monitored streams for consulting firms and industries. I assisted in compiling the original WV Dept. of Environmental Protection's Standard Operating Procedures manual, which largely makes up the current revision in use, printed in August 22, 2018.

Background:

On July 20th and 21st, 2020, I visited several stream locations in and around Lexington Coal Company's Low Gap No. 2 and No. 10 Mines. Those streams are Low Gap Branch, the Right Fork of Ben Creek, Toler Creek, Slate Brach, Curry Branch, Big Pigeonroost Branch; and, Evans Ferrell Branch. Low Gap Branch is a tributary of the Right Fork of Ben's Creek. Toler Creek is a tributary of the Left Fork of Ben's Creek. Evans Ferrell Branch is a tributary of Pigeon Creek. Slate Branch, Curry Branch, and Big Pigeonroost Branch are all tributaries of Rockhouse Fork of Pigeon Creek.

At each sampling location I identified a reach with suitable benthic macroinvertebrate habitat as close as possible to the mine outfall. At Low Gap Branch, because of stream obstructions I was only able to identify a suitable sampling reach of approximately 25 meters below the Mine Outfall. In that space, however, there was ample room for the requisite amount of sampling (1 square meter of kick area). Because the reach was short, I also conducted sampling along a 100-meter reach in the Right Fork of Ben's Creek. In each of the other streams there was suitable habitat and space for sampling within a full 100-meter reach below the outfall.

Sampling and Analysis:

In preparation for sampling, I downloaded the most recent copy of Chapter 5 the West Virginia Department of Environmental Protection's Standard Operating Procedures manual available, in order to familiarize myself with any changes to the procedures. The manual had not been changed since August 2018, which is the manual I was already familiar with. I collected benthic macroinvertebrate samples using a kicknet following the appropriate procedure. Dr. Matthew Baker conducted habitat assessments while I collected macroinvertebrates. Following each collection, I preserved each sample in the field using 91% ethyl alcohol. At the conclusion of sample preservation I turned the samples over to Dr. Baker to be sent to the lab of Pennington and Associates for identification.

Hourly Rate: I was paid $50 per hour for my work.

Date: September 13, 2020

Douglas McClure Wood

Douglas Wood