IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, APPALACHIAN**
**VOICES and SIERRA CLUB,**

        Plaintiffs,

v.                                                      Civil Action No. 3:19-0573

**LEXINGTON COAL COMPANY, LLC,**

        **Defendant.**

### DECLARATION OF JAMES M. HECKER

James M. Hecker affirms and states as follows:

    1.   I am co-counsel for Plaintiffs in this action and submit this declaration in support of their motion for interim attorneys' fees and expenses in this case.

    2.   In 2019, the Ohio Valley Environmental Coalition, West Virginia Highlands Conservancy, Appalachian Voices, and Sierra Club asked Public Justice and Appalachian Mountain Advocates to represent them in this case. Throughout this litigation, I have been co-counsel with Michael Becher.

    3.   Because Plaintiffs could not afford to pay for legal representation, Plaintiffs' counsel agreed to represent them in this case on a contingent fee basis. Under the retainer agreement, Plaintiffs' counsel would receive no payment unless there was a fee award or settlement.

    4.   This Court reviewed my attorney experience in *OVEC v. Fola Coal Co.,* Civil No. 2:13-5006 (S.D.W.Va.) and determined that my reasonable hourly rate for litigation of the same type of claims as those presented here for the period from 2012 through 2016 should be $450 per hour. Doc. 221 at 7 n. 4. More recently, this Court determined that my reasonable hourly rate

for litigation of the same type of claims as those presented here for the period from 2019 through 2021 should be $475 per hour. *West Virginia Highlands Conservancy v. Bluestone Coal Corp.*, Civil No. 1:19-00576, 2021 WL 4480995 (Sept. 29, 2021). I am requesting the same $475 hourly rate in this case.

5. I have kept contemporaneous time records in this case. I record on a daily basis on a desk calendar the time I spent on this case and the nature of services I performed. I record my time in 15-minute increments. To avoid over-billing for smaller increments of time, I round down to the lesser quarter hour. Each week I transfer my time from my calendar to a Timeslips computer program. I printed out my time records from that program for this case, and then assigned that time to the categories described below. My time records are attached.

6. Plaintiffs sent the 60-day notice letter on June 4, 2019. The complaint was filed on August 6, 2019. It alleged that Lexington violated its CWA permit and § 401 certification and its SMCRA permits at its Low Gap Surface Mine No. 2 and No. 10 Mine. ECF 1.

7. In March 2021, the Court granted Plaintiffs' motion for summary judgment in all respects, finding that the Court had jurisdiction over Plaintiffs' three claims and finding Lexington liable on all three claims. ECF 29. In September 2021, the Court granted Ohio Valley Environmental Coalition's motion to withdraw as a plaintiff. ECF 53. In December 2021, the Court granted the three remaining Plaintiffs' motion for injunctive relief on those three claims and ordered Lexington to comply with its permits and certification. ECF 54. In March 2022, the Court granted Plaintiffs' motion for contempt and granted more specific injunctive relief. ECF 60. The only remaining issue in the case is Lexington's liability for civil penalties for its past violations. The three remaining Plaintiffs have therefore fully prevailed on liability and partially prevailed on remedy.

8.  I have divided the compensable time in the case into the following categories:

(a) notice letter;

(b) complaint, scheduling and preliminary matters (Doc. 1-13, 17-18, 27-28);

(c) initial disclosures and document requests (Doc. 14-16);

(d) site visit (Doc. 19);

(e) expert reports (Doc. 20);

(f) Plaintiffs' summary judgment motion (Doc. 21-26, 30-31);

(g) settlement negotiations and status reports (Doc. 32-45, 47-48);

(h) OVEC's motion to withdraw as a plaintiff (Doc. 46, 53);

(i) Plaintiffs' motion for injunctive relief (Doc. 49, 51-52, 54);

(j) Plaintiffs' motion for contempt (Doc. 56-60); and

(k) Plaintiffs' motion for interim fees and costs (Doc. 61).

9.  Plaintiffs are not seeking fees for OVEC's motion to withdraw.

10. Below is the summary of my time spent in the categories listed above:

| Category | Total Hours |
|---|---|
| Notice letter | 15.75 |
| Complaint | 9.75 |
| Scheduling and preliminary matters | 2.75 |
| Initial disclosures and document requests | 6.00 |
| Site visit | 0.25 |
| Expert reports | 1.25 |
| Plaintiffs' SJ motion | 11.00 |
| Settlement negotiations and status reports | 0.00 |
| OVEC motion to withdraw | 0.00 |
| Plaintiffs' motion for injunctive relief | 5.50 |
| Plaintiffs' motion for contempt | 1.25 |
| Plaintiffs' motion for interim fees and costs | 3.00 |
| **Total hours** | 56.50 |

11. My total compensable hours in this case are 56.50. The hours of requested compensable time reflect, in my professional judgment, the amount of time reasonably necessary to litigate the successful claims in this case.

12. Public Justice has incurred $454.76 in expenses as a result of this litigation. The requested expenses are of a type that would routinely be billed to a paying client. These expenses are detailed in the attached table and summarized below and are based on accounting records provided to me by our office manager:

| Description | Amount |
|---|---|
| Visiting attorney fee | $50.00 |
| WV Bar pro hac fee | $358.00 |
| WestLaw research expenses | $46.76 |
| **Total** | **$454.76** |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2022                               *s/ James M. Hecker*

<u>Attachments</u>

Table of Hecker Hours
Table of Expenses

Hecker Hours
WVHC v. Lexington Coal Co.

| Date | Activity | Description | Time Spent | Subtotals |
|---|---|---|---|---|
| 1/18/2019 | Notice Letter | research Lexington Ben Creek and No. 10 cases, draft NOI | 3.00 | |
| 1/22/2019 | Notice Letter | research and draft Lexington NOI | 3.25 | |
| 1/23/2019 | Notice Letter | research and draft Lexington NOI | 4.25 | |
| 1/24/2019 | Notice Letter | telephone call with Joe, Mike and Derek about new case selection and strategy; research and draft Lexington (NOI) | 3.75 | |
| 1/25/2019 | Notice Letter | research ion mixture for Lexington NOI, review MB's added paragraph re same | 0.50 | |
| 5/6/2019 | Notice Letter | update, Lexington NOI with 1st Q 2019 DMR data | 1.00 | 15.75 |
| 7/9/2019 | Complaint | research and draft Lexington complaint | 1.50 | |
| 7/10/2019 | Complaint | draft Lexington complant | 1.75 | |
| 7/11/2019 | Complaint | research and draft Lexington complaint | 2.50 | |
| 7/12/2019 | Complaint | research recent DMRs for Lexington complaint | 0.25 | |
| 7/19/2019 | Complaint | research new Lexington DMRs | 0.25 | |
| 7/26/2019 | Complaint | research and download new DMRs for Lexington | 0.25 | |
| 7/26/2019 | Complaint | review APOs for Lexington re preclusion issue, research 309g6 issue | 0.75 | |
| 7/29/2019 | Complaint | update complaint based on new second Q 2019 DMRs | 1.50 | |
| 8/5/2019 | Complaint | proof final complaint | 1.00 | 9.75 |
| 9/13/2019 | Scheduling/Prelim. | draft and file pro hac applications with court and WV Bar | 0.50 | |
| 11/7/2019 | Scheduling/Prelim. | research recent permit modifications and telephone call with DT re strategy for 26f conference call | 0.75 | |
| 11/8/2019 | Scheduling/Prelim. | telephone call with counsel re 26f report; draft questions for Lexington | 1.50 | 2.75 |
| 11/20/2019 | Discl/Doc Requests | draft document requests | 1.00 | |
| 12/4/2019 | Discl/Doc Requests | draft 26a1 disclosures and organize documents to disclose | 1.25 | |
| 2/4/2020 | Discl/Doc Requests | research and update recent DMRs | 0.75 | |
| 3/12/2020 | Discl/Doc Requests | review D's doc prod | 0.50 | |
| 6/16/2020 | Discl/Doc Requests | update recent DMRs; research recent draft and final permits and enforceability of selenium limits in light of recent permit mods | 2.50 | 6.00 |
| 7/6/2020 | Site Visit | review and edit site visit request | 0.25 | 0.25 |
| 8/24/2020 | Expert Reports | review stream sampling results; telephone call with DT and MB re expert report strategy | 0.75 | |
| 9/15/2020 | Expert Reports | review draft of Baker expert report | 0.25 | |
| 11/2/2020 | Expert Reports | email to co-counsel re SJ strategy given D's failure to file expert report | 0.25 | 1.25 |
| 11/25/2020 | P's SJ Motion | telephone call with MB and DT re SJ motion and strategy | 0.25 | |
| 11/29/2020 | P's SJ Motion | edit draft SJ brief | 1.00 | |
| 11/30/2020 | P's SJ Motion | edits to SJ brief | 3.50 | |
| 12/1/2020 | P's SJ Motion | review DMRs for additional Se violations; download final filed version of SJ motion, exhibits and brief | 0.75 | |
| 1/5/2021 | P's SJ Motion | research and draft reply brief | 3.25 | |
| 1/11/2021 | P's SJ Motion | edit MB's draft reply brief | 1.25 | |
| 3/22/2021 | P's SJ Motion | review court's SJ decision and telephone call with MB re motion to clarify | 0.25 | |
| 3/24/2021 | P's SJ Motion | review Blackjewel bankruptcy decision and evaluate impact on Lexington | 0.25 | |
| 3/25/2021 | P's SJ Motion | review and edit motion to clarify SJ ruling | 0.25 | |
| 4/26/2021 | P's SJ Motion | download new DMRs | 0.25 | 11.00 |
| 9/14/2021 | P's Inj Motion | review and edit draft motion for injunctive relief | 0.50 | |

Hecker Hours
WVHC v. Lexington Coal Co.

| Date | Category | Description | Hours | Total |
|---|---|---|---|---|
| 10/4/2021 | P's Inj Motion | read Lexington opp to motion for inj | 0.25 | |
| 10/5/2021 | P's Inj Motion | research issues and arguments for reply for motion for inj; telephone call with Becher re same | 1.75 | |
| 10/8/2021 | P's Inj Motion | edit and revise draft reply for motion for inj | 3.00 | 5.50 |
| 12/14/2021 | P's Fee Motion | draft fee motion, brief, and declaration | 2.75 | |
| 1/13/2022 | Contempt | review remedial plan | 0.25 | |
| 2/2/2022 | Contempt | edit contempt memo | 0.75 | |
| 2/24/2022 | Contempt | edit contempt reply | 0.25 | 1.25 |
| 3/18/2022 | P's Fee Motion | update declaration | 0.25 | 3.00 |
| | | **Total** | **56.50** | **56.50** |

# Public Justice, P.C.
## OVEC v Lexington Coal Corp
### *All Transactions*

| Date | Source Name | Memo | Amount | |
|---|---|---|---|---|
| 09/13/2019 | James Hecker | Pro hac vice fee | $ | 50.00 |
| 09/13/2019 | James Hecker | WV Bar fee | $ | 358.00 |
| 11/30/2019 | West Payment Center | Case Researc November 1- November 30 2019 | $ | 6.12 |
| 06/30/2020 | West Payment Center | Case Research June 1-30, 2020 | $ | 7.03 |
| 12/31/2020 | West Payment Center | Case Research 12/1-12/31/2020 | $ | 1.78 |
| 01/31/2021 | West Payment Center | Case Research - January 1 - January 31, 2021 | $ | 24.51 |
| 10/31/2021 | West Payment Center | Case Research 10/1 - 10/31/2021 | $ | 7.32 |
| | | | $ | 454.76 |
| | | | **$** | **454.76** |