IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

                Plaintiffs,

v.                                    CIVIL ACTION NO.   3:19-0573

LEXINGTON COAL COMPANY, LLC,

                Defendant.

## ORDER

Pending before the Court is Plaintiffs' Motion to Hold Lexington Coal Company in Civil Contempt of this Court's December 13, 2021 and March 16, 2022 Orders. ECF No. 63.

The Court **DIRECTS** Defendant to respond to this Motion on or before 12 P.M. on Friday, May 6, 2022.

The Court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

                ENTER:      May 4, 2022

                ROBERT C. CHAMBERS
                UNITED STATES DISTRICT JUDGE