**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

*ELECTRONICALLY FILED*

**WEST VIRGINIA**
**HIGHLANDS CONSERVANCY,**
**APPALACHIAN VOICES,**
**and SIERRA CLUB,**

     **Plaintiffs,**

**v.**                                           **CIVIL ACTION NO. 3:19-cv-0573**

**LEXINGTON COAL COMPANY, LLC**

     **Defendant.**

## DEFENDANT'S COMPLIANCE WITH COURT'S MEMORANDUM OPINION AND ORDER DATED MAY 18, 2022

On May 18, 2022, this honorable Court entered its Memorandum Opinion and Order directing Defendant Lexington Coal Company, LLC ("Lexington") to provide as follows:

*1.*     *A plan, as certified by a professional engineer who must provide an affidavit that, upon his or her professional judgment, compliance for selenium limits would be accomplished within a year and ionic pollution restrictions would be met as soon as possible.*

*2.*     *Such plan to include either references to other operations where the chosen technology reduced pollutants, or the professional engineer must have demonstrated experience in treating selenium and ionic pollution in Appalachian mine sites.*

*3.*     *And such plan shall include a GANTT chart defining the steps of the compliance process, a timeline for completion of each step, and a date for final compliance.*

In response thereto and in full compliance thereof, within ten (10) days of the entry of the Memorandum Opinion and Order, Lexington provides, as attached, the Affidavit of Kermit E. Fincham, Jr., PE, PS and accompanying GANTT chart.

Respectfully submitted,

/s/ Billy R. Shelton_____
BILLY R. SHELTON, ESQ.
WV Bar #12926
Shelton, Branham & Halbert, PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509
(859) 294-6868
(859) 294-6866 Facsimile
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, a true and correct copy of the foregoing was Filed with the Clerk of Court via the ECF filing and duly e-mailed to the following:

J. Michael Becher, Esq.
Derek Teaney, Esq.
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, West Virginia 24901
Mbecher@appalmad.org
dteaney@appalmad.org

James M. Hecker, Esq.
Public Justice
1620 L. Street NW, Suite 630
Washington, D.C. 20036
jhecker@publicjustice.net

Billy R. Shelton_____
BILLY R. SHELTON