Lexington Coal Company, LLC
Case 3:19-cv-00573

GANNT Chart

