

# U.S. District Court

## West Virginia Southern - Huntington

Receipt Date: Jul 29, 2022 4:03PM

Lexington Coal Company, LLC
1051 Main Street
Milton, WV 25541

| Rcpt. No: 3000015 | | Trans. Date: Jul 29, 2022 4:03PM | | | Cashier ID: #CA |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 118 | Sanctions/Contempt of court Fines | | 1 | 49000.00 | 49000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Paper Check | #2963 | 07/29/2022 | | $49,000.00 |
| | | | | Total Due: | $49,000.00 |
| | | | | Total Tendered: | $49,000.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: Case No. 3:19-cv-00573

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.