

# U.S. District Court

## West Virginia Southern - Huntington

Receipt Date: Aug 26, 2022 2:55PM

Lexington Coal Company, LLC
1051 Main Street
Milton, WV 25541

Rcpt. No: 3000043    Trans. Date: Aug 26, 2022 2:55PM    Cashier ID: #JA

| CD  | Purpose                            | Case/Party/Defendant | Qty | Price    | Amt      |
|-----|------------------------------------|----------------------|-----|----------|----------|
| 118 | Sanctions/Contempt of court Fines  |                      | 1   | 29000.00 | 29000.00 |

| CD | Tender      |        |            | Amt         |
|----|-------------|--------|------------|-------------|
| PC | Paper Check | #3036  | 08/26/2022 | $29,000.00  |

|                      |             |
|----------------------|-------------|
| Total Due:           | $29,000.00  |
| Total Tendered:      | $29,000.00  |
| Total Cash Received: | $0.00       |
| Cash Change Amount:  | $0.00       |

**Comments**: Case Number 3:19-cv-00573

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.