

# U.S. District Court

## West Virginia Southern - Huntington

Receipt Date: Sep 22, 2022 2:19PM

Lexington Coal Company, LLC  
1051 Main Street  
Milton, WV 25541

Rcpt. No: 3000069        Trans. Date: Sep 22, 2022 2:19PM        Cashier ID: #CA

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 118 | Sanctions/Contempt of court Fines | | 1 | 40500.00 | 40500.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Paper Check | #3331 | 09/22/2022 | $40,500.00 |
| | | | Total Due: | $40,500.00 |
| | | | Total Tendered: | $40,500.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 3:19-cv-00573

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.