*White Flame Surface Mine #10 Plan and Modification*

NPDES Modification No. 12/WV1020579 that has been submitted and approved at White Flame #10 envisions the construction of three bio-chemical reactors that will treat elevated selenium levels. Lexington projects Bioreactors needed for selenium treatment will be operational by September 2023. This projection is subject to supply availability of components needed to complete Bioreactor implementation. The original plan for energizing the BCRs would have consisted of energizing each BCR by tying into AEP's power individually at different points. White Flame met with AEP engineer on Jan 19 and the AEP engineer determined the location to set the substation. Due to the proximity to the airport, AEP will bury the power line to substation. The power line from the substation is 2.75 miles to the treatment sites and White Flame has received three bids for this construction. From this main feed, Lexington can run sub-feeds to energize infrastructure needed for the three BCRs. Tying into the power at this point will allow the BCRs to be powered more quickly and efficiently and eliminate the need to construct a road that would be required if the Airport connection could not be made.

Lexington has crews continuing to weld pipes on-site for installation in the East BCR. Crews from both Lexington and contractor, S & E, are continuing work on the East BCR, welding and installing the 4000' feet of pipe. Lexington personnel have developed a tracking system for daily pipe welding. There remains approximately 2500 feet of pipe to be welded and installed to the East BCR. On site, at or near, the East BCR, organic media including seven (7) truckloads of sawdust, three (3) truckloads of hay, and four (4) truckloads of gravel have been delivered and stored for installation in the East BCR. Additional media, peat moss and mushroom compost, is being imported from Canada to be stored at or near the East BCR to be ready for installation in the East BCR. The liner has been ordered for the East BCR. The East BCR has enough stockpiled pipe to complete necessary plumbing for Bioreactor activation. Three piles of additional bioreactor material have been mixed awaiting additional ordered compost to complete the bioreactor mixture. The leveling drain that adjusts bioreactor flow has been installed, and the containment structure for the bioreactor has been completed.

The East BCR will treat water from Pond No. 4 (Outlet 031). Water will be pumped from Pond No. 4 for treatment. Once water testing has demonstrated that treatment is effective, the water will then be pumped and/or gravity fed through HDPE Pipe back to Outlet 031. Water not retained for land use purposes will be discharged into the receiving stream to replenish the stream with treated water. In stream Monitoring Outlet 031BR will be added under NPDES Modification No. 12 to monitor the BCR System performance. During initial startup of the BCR System water may need to be temporarily diverted to nearby on-bench Pond 31 due to the treated water's cloudiness. After the treated water cloudiness is clarified, treated water, not used for land use purposes will be discharged at the outlet by design.

The location and design of the South Bio-Chemical Reactor System (South BCR) has been flagged in the field to facilitate construction of earthwork on the South BCR. Once the East BCR is completed and activated, the power at the South BCR will be connected. Critical next steps are installation by AEP of the substation for sub-feeds to the three BCRs. AEP has placed a Work Order for scheduling said installation at the AEP airport feed. Lexington has met with a contractor to supply material purchases including organic media and using contract labor to expedite the construction and implementation of the South BCR.

February 2023 Monthly Update Report on the Treatment Plan

A contractor has been hired to flag the location and design and to procure the necessary media including organic material in the field for the North Bio-Chemical Reactor System (North BCR). Once the East BCR is completed and activated, the power at the North BCR will be connected. Lexington has met with a contractor to install a power line to further provide electrical service to the site. AEP's transformer installation will be required for power activation. In summary, electric feed from the Airport will energize the East, South, and North BCR. The East BCR is being constructed first with construction of the operational cells complete. The media is on site and is being placed within the operational cells; the lines are being welded; and electric from the Airport substation will be completed. As each subcomponent is completed, similar implementation will occur on the South and East BCR.

The BCR Systems should not affect the overall flow pattern of the surrounding area or the currently approved SWROA for the associated permit. During mining flow conditions should not be increased as a result of the BCR Systems being constructed. The BCR Systems will not alter the flow patterns in the current drainage areas to affect the sediment control structures. The BCR Systems are constructed high and dry to divert water around the BCR components.

Four instream monitoring sites will be added to determine the water quality from the BCR systems. The South BCR system will add monitoring site 005BR and 012BR; North BCR system will add 047BR; East BCR system will add 031BR. Outlet 061 has been closed off and the drainage from Sediment Ditch 61 has been directed toward Sediment Ditch 62 and Outlet 62.

*Low Gap Surface Mine #2 Plan and Modification*

At the Low Gap Surface Mine (S502099/WV1020196), the original plan called for construction and installation of three BCRs as authorized by Permit WV1016288 Modification 28 to treat selenium contamination from Outlets 002, 024, 017, 019 and 059 on Permit S502099. Upon review of data sourced from the West BCR located on Premium Energy when it was previously active, prior to being vandalized, shows that the West BCR was capable of treating the selenium water from all outlets on S502099 after the West BCR has made repairs due to the vandalism. The West BCR has been constructed, and media and pipes have been installed. Repairs of outgoing distribution lines from the West BCR is ongoing. Existing air valves are being cleaned; rust is being purged out of the existing distribution system; repairing or replacing freeze damaged lines is occurring. The transformer in place behind the golf course will provide power to the pumps, as necessary, has been activated. The West BCR System is designed for all water to go to the Collection Pond, then to the West Bioreactor, where it is treated for selenium, then it will be pumped to the Polishing Pond. A BFD drive needs replaced. State Electric has such drive available. Lexington is purchasing said drive. The pump motor is being rebuilt by White's Armature. The West BCR was activated on February 7, 2023 with the liner being repaired.

February 2023 Monthly Update Report on the Treatment Plan

The Return BCR water samples from West BCR completed on February 15th, 2023, show testing results for selenium, total recoverable, dissolved and specific conductivity. See **Attachment A**. If the West BCR water samples show that compliance with selenium limits cannot be maintained with one BCR, Lexington will immediately install, complete, and activate the East BCR. The East BCR earthwork structure is complete. If needed, any additional work needed for the East BCR will be immediately performed and installation of pipes and media will occur.

A Module 1R has been submitted and approved to receive the drainage from Premium Energy, LLC West BCR at outlets 002, 017, 019 and 024.

*Water Sampling and Plan Modification*

Heritage Technical Associates, Inc. is currently monitoring baseline data to gather information regarding treatment plan implementation. The fourth round of samples are being analyzed. Once adequate data is gathered analysis and plan modification, if needed, will be incorporated into the treatment system. Lexington's assumptions with regard to said baseline data included the assumption that the under-drain water would contain a higher concentration of conductivity and that there would also be flow of surface water from the groin ditches. The assumption regarding higher concentrations of conductivity in the underdrain water proved correct by ongoing sampling and analysis. However, there was little to no surface water flow reporting to the groin ditches. Because there is very little if any surface water flow from the groin ditch there is no need for segregation from the underdrain flow. The groin ditch flow had not been previously measured so there was no data to indicate that the amount of flow in the ditches and that the only flow to the pond was from the underdrain and precipitation. The Plan has been modified so that any flow to the Pond, including flow from the underdrain, will be treated for selenium at the BCR then pumped or gravity fed to a retention pond. The treated water will be pumped and used as needed or released into the stream during a high flow event which will provide dilution. Any updated sampling and test results and mapping is included in this Report. **(Attachment B.)**

The results of the water testing at the valley fill underdrains demonstrated that the underdrains are, as the Defendants believed, higher in conductivity than the surface flow entering the pond from other sources. At every site, over a three-month period, the conductivity was higher at the underdrain than below the ponds. The difference was about 5%. Twenty-one of twenty-three samples showed low conductivity. This is an approximate 91% correlation. The flow is relatively unchanged, and the side channels do not flow. In the adaptive management plan submitted, the tenet of increased concentration of conductivity appears correct but the side drain flow occurring and bypassing underdrain flow and data gathered thus far shows water is infiltrating into the valley fill before it gets to the side drain. As a result, while underdrain flow is higher in conductivity than samples taken below the pond, the lack of side groin flow makes segregation of the water not work.

There was no previous flow data for the surface flow that would emanate from the groin ditches therefore the Defendant could not predict there would be little to no flow in the groin ditches to

February 2023 Monthly Update Report on the Treatment Plan

provide water to be released into the streams. As in accordance with the Remediation Plan, in order to provide water to be released to the stream, Defendant is proposing to intercept the water at the top of the valley fill. The intercepted water would then be tested, if the water is acceptable for selenium and conductivity then the water will bypass the currently active pond and would be released into the stream at a point close to the current release point. This would require a permitting action to potentially add an outlet and likely reconfiguration of the drainage for the valley fill, The treated water will be pumped and used as needed or released into the stream during a high flow event which will provide dilution. The Defendant will develop and require site specific engineering plans and environmental assessments including, but not limited to, sampling, flow measurements, modeling, toxicity identification evaluation, slope and other matters deemed appropriate to evaluate.

*Permitting Actions*
Permit WV1016288 Modification 28 was approved to construct and activate three BCRs on Low Gap Surface Mine to treat selenium from S502009 from Outlets 002, 024, 017, 019 and 059. However, data from water that was treated by Premium Energy's West BCR when it was active, prior to being vandalized, shows that it potentially has the capability to treat all water proposed to be treated by the BCRs in Modification 28. Lexington has modified their plan to utilize the already constructed West BCR once it is repaired. If testing shows that the West BCR is not sufficient to treat the selenium water alone, Lexington will immediately install, complete, and activate the East BCR from Modification 28, which has had the earthwork completed. A Module 1R for has been submitted and approved for NPDES Permit WV1016288 to receive the drainage from Premium Energy, LLC West BCR at outlets 002, 017, 019 and 024.

*Stream Restoration Plan*
The Defendant' is proposing to utilize the benthic assessment sites ("BAS") set by the WVDEP to assess their success utilizing narrative quality standards. In order to judge their success a benthic survey would be performed at the BAS and the score would reflect the success of the project. A benthic score of 68 would need to be achieved for the project to be deemed a success. The Stream from the toe of the valley fill to the BAS site would be restored based on natural stream design and pre mining slopes and contours. Stream restoration plans and implementation downstream of the ponds will seek USACE approval. Preliminary field survey has been conducted by Heritage. A site visit will be conducted to determine stream scoring.

*Land Use Plans*
Lexington is working with the Mingo County Redevelopment Authority ("MCRA") to develop land use plans adjacent to the Airport with land under control of Lexington for economical purposes that propose to incorporate existing and proposed infrastructure and utilize water availability, as needed, from collection ponds that have been treated for selenium. Additionally, Bella Vista, Inc. ("Bella Vista"), the operator of the Twisted Gun Golf Course, is in discussion for irrigation needs of the approximate two hundred fifty (250) acre site. Property adjacent to the golf course, on Lexington's Permit #S502099, will have pumping infrastructure that may facilitate the irrigation needs of the golf course. Further evaluation will be undertaken to assess the viability of said potential project. Updates will be provided as discussions move forward. Current irrigation infrastructure is antiquated and Bella Vista cooperative request with Lexington

February 2023 Monthly Update Report on the Treatment Plan

may facilitate infrastructure upgrades. Any water released back into the stream will be treated for selenium by the constructed BCR.

Lexington and MCRA met with the West Virginia Department of Environmental Protection at the beginning of December to discuss conceptual plans to develop land uses and associated water uses on White Flame #10 and Low Gap #2. An infrastructure map of both sites -White Flame #10 and Low Gap #2 -is currently being developed. The base line mapping that will locate existing and proposed infrastructure employing LIDAR mapping has been developed. The more detailed mapping is currently being added based on dwg files compiled by Lexington. The land use plan will be designed to employ land uses that will be available for economic development opportunities as the need arises. Initial transitional land uses will be proposed in the interim while economic development opportunities related to existing infrastructure occur. Mapping, depicting elevations and other pertinent features related to land uses, will occur in January 2023. As part of the initial land use, Defendant is proposing to develop the land using Permaculture principles and then transitioning to a different land use such as one based in tourism or industry. Defendant will keep the Court informed of developments that occur.

Reviewed By:

_____
KERMIT E. FINCHAM Jr. P.E.

Submitted By:

_____
LANTZ G. RANKIN

may facilitate infrastructure upgrades. Any water released back into the stream will be treated for selenium by the constructed BCR.

Lexington and MCRA met with the West Virginia Department of Environmental Protection at the beginning of December to discuss conceptual plans to develop land uses and associated water uses on White Flame #10 and Low Gap #2. An infrastructure map of both sites -White Flame #10 and Low Gap #2 -is currently being developed. The base line mapping that will locate existing and proposed infrastructure employing LIDAR mapping has been developed. The more detailed mapping is currently being added based on dwg files compiled by Lexington. The land use plan will be designed to employ land uses that will be available for economic development opportunities as the need arises. Initial transitional land uses will be proposed in the interim while economic development opportunities related to existing infrastructure occur. Mapping, depicting elevations and other pertinent features related to land uses, will occur in January 2023. As part of the initial land use, Defendant is proposing to develop the land using Permaculture principles and then transitioning to a different land use such as one based in tourism or industry. Defendant will keep the Court informed of developments that occur.

Reviewed By:

_____
KERMIT E. FINCHAM Jr. P.E. P. S.

Submitted By:

*[signature]*
LANTZ G. RANKIN P.S.

*[seal: LANTZ G. RANKIN, LICENSED No. 961 SU, STATE OF WEST VIRGINIA, PROFESSIONAL SURVEYOR]*

February 2023 Monthly Update Report on the Treatment Plan



# Aquatic Laboratories, LLC

2554 Palumbo Drive
Lexington, KY 40509
(859) 388-9595

Report Date:

## Certificate of Analysis

**Client:** LCC WV, LLC
1051 Main Street, Suite 2
Milton, WV  25541

**COC Num:** AR2302130001
**Client Location:** Consult
**Sample Point:** Consult
**2nd Identifier:** Consult

**Comments:**

---

**Sample Num:** 2302130002
**Container:** 1L
**Preservative:**

**Sample Date:** 2/10/2023 2:00:00 PM
**Received Date:** 2/13/2023 9:01:00 AM
**Collection Method:** Grab
**Sampler:** Client, -

**Comment:** ConsultLCCWV S502099 (Return BCR)

| Method | Analyte | Result | MRL | MDL | Unit | Analyst | Completed |
|---|---|---|---|---|---|---|---|
| EPA200.8 Rev 5.4-1994 | Selenium, Total Recoverable | 1.9 | 1 | 0.137 | ug/L | TH | 02/15/23 |
| EPA200.8 Rev 5.4-1994 | Selenium, Dissolved | 1.3 | 1 | 0.137 | ug/L | TH | 02/15/23 |
| SM2510 B-11 | Specific Conductivity | 774 | 10 |  | uS/cm | AMS | 02/13/23 |

**Result "C" = No Flow**

The certificate above shall not be reproduced except in full

Not Certified.

KDOW Laboratory Number:  08031

Rev 0.3

Attorney Work Product

# Howard Sammons Law Office

## Lexington Coal - Low Gap Surface Mine No. 2

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 1 | A | Underdrain | 9/28/2022 | 1.10 | 494 | 8.82 | 13.7 | 1942 | 14.8 |
| | | | 10/29/2022 | 0.04 | 18 | 10.18 | 14.4 | 2006 | 14.2 |
| | | | 11/23/2022 | 0.04 | 17 | 8.8 | 10.3 | 1782 | 13.2 |
| | | | 12/20/2022 | 0.25 | 112 | 8.79 | 9.4 | 1684 | <0.4 |
| | | | 1/24/2023 | 1.50 | 672 | 8.17 | 10 | 1546 | 11.3 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Site 1 | B | Left Flume | 9/28/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | 0.00 | 0 | | | | |
| | | | 11/23/2022 | 0.02 | 9 | 8.94 | 6.8 | 1848 | 14.6 |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Site 1 | C | Right Flume | 9/28/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | 0.00 | 0 | | | | |
| | | | 11/23/2022 | 0.00 | 0 | | | | |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Pond has been removed

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - Low Gap Surface Mine No. 2

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 2 | A | Underdrain | 9/28/2022 | 2.80 | 1257 | 9.02 | 14.2 | 1991 | 13.00 |
| | | | 10/29/2022 | 0.38 | 171 | 10.33 | 14.1 | 2080 | 12.30 |
| | | | 11/23/2022 | 0.48 | 215 | 8.93 | 12.3 | 1970 | 10.80 |
| | | | 12/20/2022 | 0.37 | 166 | 8.97 | 10.8 | 1809 | <0.4 |
| | | | 1/24/2023 | 0.63 | 282 | 8.80 | 7.8 | 1491 | 8.89 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Site 2 | B | Left Flume | 9/28/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | 0.00 | 0 | | | | |
| | | | 11/23/2022 | 0.00 | 0 | | | | |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| | | | | | | | | | |
| | | | | | 0 | | | | |
| | | | | | 0 | | | | |
| Site 2 | C | Right Flume | 9/28/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | 0.00 | 0 | | | | |
| | | | 11/23/2022 | 0.00 | 0 | | | | |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Site 2 | D | Below Pond | 9/28/2022 | 2.40 | 1077 | 8.73 | 14.2 | 1937 | 12.70 |
| | | | 10/29/2022 | 0.29 | 130 | 10.16 | 13.2 | 2020 | 6.40 |
| | | | 11/23/2022 | 0.39 | 175 | 8.82 | 6.8 | 1997 | 3.29 |
| | | | 12/20/2022 | 0.33 | 148 | 8.99 | 7.4 | 912 | <0.4 |
| | | | 1/24/2023 | 0.58 | 260 | 8.13 | 8.4 | 1496 | 8.82 |

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - Low Gap Surface Mine No. 2

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 3 | A | Underdrain | 9/28/2022 | 0.80 | 359 | 7.37 | 17.4 | 2520 | 13.1 |
| Site 3 | A | Underdrain | 10/29/2022 | 1.29 | 579 | 8.84 | 16.5 | 2630 | 12.7 |
| Site 3 | A | Underdrain | 11/23/2022 | 0.66 | 296 | 7.89 | 13 | 2580 | 8.1 |
| Site 3 | A | Underdrain | 12/20/2022 | 1.13 | 506 | 7.85 | 15.2 | 2310 | <0.4 |
| Site 3 | A | Underdrain | 1/24/2023 | 0.65 | 291 | 7.49 | 12 | 2190 | 10.9 |
| Site 3 | B | Left Flume | 9/28/2022 | 0.00 | 0 | | | | |
| Site 3 | B | Left Flume | 10/29/2022 | 0.00 | 0 | | | | |
| Site 3 | B | Left Flume | 11/23/2022 | 0.00 | 0 | | | | |
| Site 3 | B | Left Flume | 12/20/2022 | 0.00 | 0 | | | | |
| Site 3 | B | Left Flume | 1/24/2023 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 9/28/2022 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 10/29/2022 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 11/23/2022 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 12/20/2022 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 1/24/2023 | 0.00 | 0 | | | | |
| Site 3 | D | Below Pond | 9/27/2022 | 0.80 | 359 | 7.63 | 17.8 | 2450 | 13.1 |
| Site 3 | D | Below Pond | 10/29/2022 | 1.07 | 480 | 9.37 | 12.7 | 2550 | 12.9 |
| Site 3 | D | Below Pond | 11/23/2022 | 1.20 | 538 | 8.2 | 8.1 | 2410 | 12.0 |
| Site 3 | D | Below Pond | 12/20/2022 | 1.05 | 470 | 8.35 | 10.3 | 2020 | <0.4 |
| Site 3 | D | Below Pond | 1/24/2023 | 0.59 | 264 | 7.66 | 9.8 | 2060 | 10.6 |

Attorney Work Product

## Howard Sammons Law Office

Lexington Coal - Low Gap Surface Mine No. 2

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 4 | A | Underdrain | 9/27/2022 | 1.57 | 705 | 8.70 | 17.0 | 1758 | 6.75 |
| | | | 10/29/2022 | Could Not Access | | | | | |
| | | | 11/23/2022 | 0.28 | 125 | 8.65 | 12.8 | 1706 | 8.09 |
| | | | 12/20/2022 | 0.12 | 54 | 8.84 | 12.6 | 1508 | <0.4 |
| | | | 1/24/2023 | 0.27 | 121 | 8.37 | 10.2 | 1411 | 6.86 |
| Site 4 | B | Center Flume | 9/27/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | Could Not Access | | | | | |
| | | | 11/23/2022 | 0.00 | 0 | | | | |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| Site 4 | D | Below Pond | 9/27/2022 | 1.60 | 718 | 8.66 | 18.8 | 1456 | 2.85 |
| | | | 10/29/2022 | Could Not Access | | | | | |
| | | | 11/23/2022 | 0.55 | 246 | 8.90 | 7.1 | 1440 | 3.96 |
| | | | 12/20/2022 | 0.22 | 99 | 8.85 | 9.2 | 1235 | 0.43 |
| | | | 1/24/2023 | 0.46 | 206 | 8.47 | 7.2 | 1163 | 4.92 |

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - Low Gap Surface Mine No. 2

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 5 | A | Underdrain | 9/27/2022 | 0.22 | 99 | 8.48 | 16.8 | 2030 | 8.15 |
| | | | 10/29/2022 | Could Not Access | | | | | |
| | | | 11/23/2022 | 0.21 | 94 | 8.64 | 11.3 | 1901 | 8.10 |
| | | | 12/20/2022 | 0.09 | 40 | 8.91 | 10.9 | 1196 | <0.4 |
| | | | 1/24/2023 | 0.30 | 134 | 8.40 | 9.8 | 1420 | 8.69 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Site 5 | B | Center Flume | 9/27/2022 | 0.00 | 0 | | | | |
| | | | 10/29/2022 | Could Not Access | | | | | |
| | | | 11/23/2022 | 0.00 | 0 | | | | |
| | | | 12/20/2022 | 0.00 | 0 | | | | |
| | | | 1/24/2023 | 0.00 | 0 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Shares pond with Valley Fill 4

Attorney Work Product

## Howard Sammons Law Office
### Lexington Coal - White Flame Surface Mine No. 10

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 1 | A | Underdrain | 9/26/2022 | 1.70 | 763 | 7.76 | 19.7 | 2610 | 26.0 |
| | | | 10/27/2022 | 2.10 | 942 | 8.62 | 15.7 | 2900 | 31.5 |
| | | | 11/25/2022 | 0.79 | 354 | 8.74 | 14.7 | 2460 | 29.6 |
| | | | 12/21/2022 | 0.57 | 255 | 8.94 | 10.2 | 1890 | 12.9 |
| | | | 1/30/2023 | 0.90 | 403 | 8.27 | 13.2 | 1198 | 13.7 |
| Site 1 | B | Left Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 1 | C | Right Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 1 | D | Below Pond | 9/26/2022 | 1.20 | 539 | 8.72 | 19.9 | 2430 | 22.0 |
| | | | 10/27/2022 | 1.50 | 673 | 8.91 | 12.8 | 2650 | 17.6 |
| | | | 11/25/2022 | 0.50 | 224 | 8.94 | 9.6 | 2450 | 24.7 |
| | | | 12/21/2022 | 0.51 | 228 | 8.99 | 6.6 | 1856 | 14.5 |
| | | | 1/30/2023 | 0.85 | 381 | 8.47 | 11.1 | 1237 | 11.5 |

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - White Flame Surface Mine No. 10

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 2 | A | Underdrain | 9/26/2022 | 2.70 | 1212 | 7.74 | 21.4 | 2480 | 22.00 |
| | | | 10/27/2022 | 2.12 | 951 | 8.75 | 15.6 | 2540 | 25.10 |
| | | | 11/25/2022 | 0.55 | 246 | 8.72 | 14.6 | 2510 | 26.90 |
| | | | 12/21/2022 | 0.07 | 29 | 8.81 | 13.0 | 2200 | 20.40 |
| | | | 1/30/2023 | 0.60 | 269 | 8.36 | 12.2 | 1568 | 15.20 |
| Site 2 | B | Left Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 2 | C | Right Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 2 | D | Below Pond | 9/26/2022 | 2.20 | 987 | 8.33 | 20.5 | 2350 | 16.00 |
| | | | 10/27/2022 | 1.26 | 565 | 8.66 | 13.3 | 2430 | 19.80 |
| | | | 11/25/2022 | 0.42 | 188 | 8.80 | 10.9 | 2320 | 26.10 |
| | | | 12/21/2022 | 0.75 | 336 | 8.98 | 7.3 | 2040 | 17.20 |
| | | | 1/30/2023 | 0.74 | 332 | 8.56 | 11.4 | 1420 | 12.80 |

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - White Flame Surface Mine No. 10

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 3 | A | Underdrain | 9/26/2022 | 1.90 | 853 | 7.75 | 18.5 | 2550 | 16.0 |
| | | | 10/27/2022 | 0.75 | 337 | 8.71 | 13.6 | 2940 | 14.3 |
| | | | 11/25/2022 | 0.18 | 81 | 8.78 | 11.9 | 2780 | 19.6 |
| | | | 12/21/2022 | 0.52 | 233 | 8.88 | 9.3 | 2050 | 9.2 |
| | | | 1/30/2023 | 0.65 | 291 | 8.36 | 13.5 | 1328 | 7.5 |
| Site 3 | B | Left Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 3 | C | Right Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 3 | D | Below Pond | 9/26/2022 | 1.50 | 673 | 8.76 | 19.7 | 2530 | 11.0 |
| | | | 10/27/2022 | 0.57 | 256 | 8.86 | 12.4 | 2750 | 10.5 |
| | | | 11/25/2022 | 0.13 | 58 | 8.87 | 9.1 | 2610 | 12.3 |
| | | | 12/21/2022 | 0.42 | 188 | 8.96 | 7.9 | 1985 | 9.0 |
| | | | 1/30/2023 | 0.49 | 220 | 8.41 | 12.5 | 1050 | 7.6 |

Attorney Work Product

## Howard Sammons Law Office

### Lexington Coal - White Flame Surface Mine No. 10

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 4 | A | Underdrain | 9/26/2022 | 0.95 | 426 | 8.73 | 16.0 | 1925 | 13.00 |
| | | | 10/27/2022 | 0.33 | 148 | 10.03 | 14.1 | 1791 | 12.80 |
| | | | 11/25/2022 | 0.24 | 108 | 8.81 | 9.4 | 1530 | 9.37 |
| | | | 12/21/2022 | 0.78 | 349 | 8.82 | 9.9 | 1063 | 7.54 |
| | | | 1/30/2023 | 0.88 | 394 | 8.36 | 12.0 | 863 | 6.51 |
| Site 4 | B | Left Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 4 | C | Right Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 4 | D | Below Pond | 9/26/2022 | 0.74 | 332 | 8.65 | 18.9 | 1504 | 5.00 |
| | | | 10/27/2022 | 0.16 | 72 | 10.08 | 12.0 | 1825 | 7.35 |
| | | | 11/25/2022 | 0.20 | 90 | 8.83 | 9.1 | 1469 | 9.33 |
| | | | 12/21/2022 | 0.73 | 327 | 8.81 | 9.1 | 1029 | 6.08 |
| | | | 1/30/2023 | 0.85 | 381 | 8.97 | 11.5 | 741 | 6.13 |

Attorney Work Product

## Howard Sammons Law Office
### Lexington Coal - White Flame Surface Mine No. 10

| Site | Sample Name | Description | Date | Flow Rate (cfs) | Flow Rate (GPM) | Field pH | Temp °C | Conductivity (umhos) | Selenium Value (ug/l) |
|---|---|---|---|---|---|---|---|---|---|
| Site 5 | A | Underdrain | 9/26/2022 | 1.10 | 494 | 7.85 | 15.9 | 2370 | 14.00 |
| | | | 10/27/2022 | 0.76 | 341 | 9.24 | 16.3 | 2490 | 12.40 |
| | | | 11/25/2022 | 0.37 | 166 | 8.19 | 14.4 | 2350 | 15.50 |
| | | | 12/21/2022 | 0.90 | 403 | 8.98 | 8.6 | 1662 | 7.91 |
| | | | 1/30/2023 | 0.91 | 408 | 8.47 | 12.5 | 1243 | 8.12 |
| Site 5 | B | Left Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 5 | C | Right Flume | 9/26/2022 | 0.00 | 0 | | | | |
| | | | 10/27/2022 | 0.00 | 0 | | | | |
| | | | 11/25/2022 | 0.00 | 0 | | | | |
| | | | 12/21/2022 | 0.00 | 0 | | | | |
| | | | 1/30/2023 | 0.00 | 0 | | | | |
| Site 5 | D | Below Pond | 9/26/2022 | 1.00 | 449 | 8.78 | 14.1 | 2260 | 13.00 |
| | | | 10/27/2022 | 0.51 | 229 | 9.48 | 13.9 | 2450 | 9.65 |
| | | | 11/25/2022 | 0.30 | 134 | 8.33 | 12.3 | 2280 | 13.80 |
| | | | 12/21/2022 | 0.75 | 336 | 9.05 | 7.4 | 1663 | 7.26 |
| | | | 1/30/2023 | 0.97 | 435 | 8.36 | 12.9 | 1244 | 7.36 |