Lexington Coal Status of Monitoring for February 2023 Monthly Report to Judge

*WV 1016288 – Low Gap*

| Selenium | Deadlines for Any Regulatory Approvals required for pumping | Status of Applications | Initiation of Earthwork for BCR | Status BCR Earthwork Construction | Locate a source for purchase mixed organic media | Status of purchase of mixed organic media | Activation of BCR  Status of BCR Activation | BCR adjustment | Status of BCR adjustment |
|---|---|---|---|---|---|---|---|---|---|
| Outlets 002/024 | Applications will be submitted to WVDEP no later than **December 1, 2022.** | Permit WV1016288 Modification 28 been approved before 9/6/2022. | **Not Applicable**  Lexington is using the West BCR which is constructed | The West BCR is constructed. | Media is installed in the West BCR**.** | Lexington has met with S&E who has agreed to supply media. | The West BCR was activated on Feb 7, 2023. Outlet distribution lines with associated pumps will be assessed and repairs made as needed. | **Activation April 30, 2023** | |
| Outlets 017 | Applications will be submitted to WVDEP no later than **December 1, 2022.** | Permit WV1016288 Modification 28 been approved before 9/6/2022. | **Not Applicable**  Lexington is using the West BCR which is constructed | The West BCR is constructed. | Media is installed in the West BCR**.** | Lexington has met with S&E who has agreed to supply media. | | April 30, 2023 | |
| Outlets 019/059 | Applications will be submitted to WVDEP no later than **December 1, 2022.** | Permit WV1016288 Modification 28 been approved before 9/6/2022. | **September 6, 2022** | Earthwork has been completed before September 6, 2022. Before activation the East BCR will need some work. It is on standby. | **October 15, 2022** The East BCR is constructed and is on standby Lexington is using the West BCR which has media installed. | Lexington has met with S&E who has agreed to supply media. | The West BCR is activated. Monitoring over the next several months will determine if the East BCR -which is on standby- needs activated. | April 30, 2023 | |

Lexington Coal Status of Monitoring for February 2023 Monthly Report to Judge

WV1020579 – White Flame

| Conductivity<br><br>Please note that as Lexington energizes the BCRs the infrastructure needed to power these pumps will also become operational. | Deadlines for Application Regulatory Approvals required, if any, the applications submitted to WVDEP no later than December 1, 2022. | Status of Applications | Location a source for purchase of pumps | Status of location of a source for purchase of pumps | Construction of all ponds necessary be constructed | Status of Pond Construction | The underdrain pump activation | Status of pump activation | Any required pumping system adjustment. | Status of System Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| Outlets 005 | Not needed. | | January 31, 2023 | | January 31, 2023 | | N/A | | May 31, 2023. | |
| Outlets 012 | Not needed. | | January 31, 2023 | | April 30, 2023 | | N/A | | May 31, 2023. | |
| Outlets 031 | IBR application has been submitted to add area for power lines down Big Pigeon Roost Branch, This may be withdrawn because the reconfiguration of the electrical connection, that will tie into the | Working on IBR application to add area for power lines down Big Pigeon Roost Branch | January 31, 2023 | ROW has been cleared down the face of VF-4 for the power lines and pump pipes | April 30, 2023 | | N/A | | May 31, 2023. | |

Lexington Coal Status of Monitoring for January 2023 Monthly Report to Judge

|  | existing power feed at the Airport, will render this moot. |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Outlets 045 | Not needed. |  | **January 31, 2023** |  | **April 30, 2023** |  |  |  | **April 30, 2023.** |  |
| Outlets 047 | Not needed. |  |  |  |  |  |  |  |  |  |
| General Outlets | USACE permit authorization for stream enhancements below existing ponds | Data being gathered for permit submittal |  |  |  |  |  |  |  |  |

Lexington Coal Status of Monitoring for January 2023 Monthly Report to Judge

| Selenium WV1020579 | Deadlines for Application Regulatory Approvals required. | Status of Applications | Initiation of Earthwork for BCR | Status BCR Earthwork Construction | Location a source for purchase mixed organic media | Status of purchase of mixed organic media | Activation of BCR | Status of BCR Activation | BCR adjustment | Status of BCR adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| South BCR Outlets 005/012 | Applications submitted to WVDEP no later than **September 6, 2022.** | The South Biochemical Reactor System modified and approved in Modification 12 associated with Revision16 | October 31, 2022. | Site has been staked by surveyors and earthwork construction initiated. | **November 30, 2022** | Prior to October 6th 2022, Lexington met with S&E to provide media and some labor | **April 30, 2023** | AEP and Lexington will run subfeed to energize this BCR. | **June 30, 2023.** | |
| East BCR Outlets 031 | Applications submitted to WVDEP no later than **September 6, 2022.** | The East Biochemical Reactor System approved in Modification 12 associated with Revision 16 before 9/6/2022 | **October 31, 2022.** ROW has been cleared down the face of VF-4 for the power lines and pump pipes | BCR Earthwork construction is completed on before September 6, 2022. Work Order is in with AEP to provide power in Big Pigeon Roost Branch | **October 31, 2022**. | Lexington and contractor have stockpiled Media and pipes on-site. Lexington contractor has imported peat moss and mushroom media. Lexington is continuing welding on the pipes prior to installation of media.4000feetof pipe has been welded and welding is continuing on 4000 feet more of pipe.  It is expected that welding of all pipe needed for the East BCR will occur within two weeks Then the | **April 30, 2023** | Lexington and AEP agree that power for the BCRS can tie into the existing power feed  at the Airport. East BCR will be the first to be activated after the BCR is powered. Lexington has meet with three electrical contractors to provide quotes for electrical work at the site. | **June 30, 2023.** | |

Lexington Coal Status of Monitoring for January 2023 Monthly Report to Judge

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | electrical work will continue. Simultaneously, the installation of the media will occur. | | |
| North BCR Outlets 045/047 | Applications submitted to WVDEP no later than **September 6, 2022.** | North Biochemical Reactor System, approved in Modification 12. | **October 31, 2022** | Prior to October 6, 2022, Earthwork has been initiated | **October 31, 2022** | Contractor, S&E to provide Media and some labor to get ready to activate. | **April 30, 2023** | AEP and Lexington will run subfeed to energize this BCR. | **June 30, 2023.** |



