IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

           Plaintiffs,

v.                          CIVIL ACTION NO.  3:19-0573

LEXINGTON COAL COMPANY, LLC,

           Defendant.

## ORDER

The Special Master circulated the Opinion and Recommendation report and supplemental Timeline for Recommendations to the parties on April 10 and 21, 2023, respectively. The report and timeline concern Defendant's remediation plan to achieve compliance with ionic pollutant and selenium discharge requirements. The Court **DIRECTS** Plaintiffs and Defendant to respond to the report and the timeline **by May 1, 2023**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                ENTER:      April 21, 2023

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE