# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

        Plaintiffs,

v.                                           CIVIL ACTION NO.   3:19-0573

LEXINGTON COAL COMPANY, LLC,

        Defendant.

## ORDER TO SHOW CAUSE

        The Court is informed that Defendant has fallen behind in its payments of the fees and expenses to the Special Master. The Court **DIRECTS** Defendant to pay the Special Master in full for the submitted invoices on of before **July 11, 2023,** or show case for its failure.

        The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, Special Master James H. Kyles, and any unrepresented parties.

                                          ENTER:      July 5, 2023

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE