IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, APPALACHIAN**
**VOICES, and SIERRA CLUB,**

      **Plaintiffs,**

    v.                                Civil Action No. 3:19-cv-00573

**LEXINGTON COAL COMPANY, LLC,**

      **Defendant.**

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

In accordance with the Court Order to Show Cause, Defendant Lexington Coal Company has paid the May 2023 invoice to Special Master Kyles in full on July 7th, 2023. See **Exhibit A.**

                **By Counsel:**

                /s/ W. Howard Sammons
            W. Howard Sammons II Esq. (WVSB 9714)
           The Law Office of W. Howard Sammons II, PLLC
                                PO Box 5307
                         Charleston, WV 25361
                     304-414-6064 telephone
                      681-248-6263 facsimile
                  howard@sammonslawfirmwv.com
                        *Counsel for Lexington Coal*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, APPALACHIAN**
**VOICES, and SIERRA CLUB,**

   **Plaintiffs,**

  v.              Civil Action No. 3:19-cv-00573

**LEXINGTON COAL COMPANY, LLC,**

   **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2023, the foregoing *Defendant's Response to the Courts Order to Show Cause* was electronically filed via the CM/ECF system, which will send notification of such filing to all parties receiving ECF Notices in this matter.

J. Michael Becher, Esq.
Derek Teaney, Esq.
Appalachian Mountain Advocates
PO. Box 507
Lewisburg, West Virginia 24901
Mbecher@appalmad.org
dteaney@appalmad.org

James M. Hecker, Esq.
Public Justice
1620 L Street, N.W. Suite 630
Washington, D.C. 20036
jhecker@publicjustice.net

                 Respectfully Submitted,
                 /s/ W. Howard Sammons
              W. Howard Sammons II Esq. (WVSB 9714)
            The Law Office of W. Howard Sammons II, PLLC
                      PO Box 5307
                    Charleston, WV 25361
                  304-414-6064 telephone
                  681-248-6263 facsimile
              howard@sammonslawfirmwv.com