CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Lexington Coal Company LLC**
1051 Main Street
Milton, WV 25541

The Huntington National Bank
69-376/519

3935

7/6/2023

PAY TO THE ORDER OF  James H. Kyles, Special Master    $*12,252.81

Twelve thousand two hundred fifty-two and 81/100************************************ DOLLARS

PROTECTED AGAINST FRAUD

James H. Kyles, Special Master

MEMO

---

**Lexington Coal Company LLC**    3935

James H. Kyles, Special Master    7/6/2023

| Date | Type | Reference No. | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/7/2023 | Bill | 3:19-cv-00573 | $12,252.81 | $12,252.81 | | $12,252.81 |
| | | **Check Amount** | | | | **$12,252.81** |

---

**Lexington Coal Company LLC**    3935

James H. Kyles, Special Master    7/6/2023

| Date | Type | Reference No. | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/7/2023 | Bill | 3:19-cv-00573 | $12,252.81 | $12,252.81 | | $12,252.81 |
| | | **Check Amount** | | | | **$12,252.81** |

PAYMENT RECORD

10012 Unrestricted Cash : HNB - Operating *1993    $12,252.81






10529    105291    Rev 6/21