IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

          Plaintiffs,

v.                        CIVIL ACTION NO. 3:19-0573

LEXINGTON COAL COMPANY, LLC,

          Defendant.

## ORDER

The Court has just been advised that Defendant Lexington Coal Company has paid the May 2023 invoice to Special Master Kyles. Def.'s Resp. to Order to Show Cause, ECF No. 121. Accordingly, the Court **SETS ASIDE** the previously-entered Order to Show Cause. ECF No. 120.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    July 10, 2023

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE