# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**WEST VIRGINIA HIGHLANDS CONSERVANCY,**
**APPALACHIAN VOICES and**
**SIERRA CLUB**

      **Plaintiff,**

v.                                                                  Civil Action No.: 3:19-cv-000573

      Honorable Judge Chambers

**LEXINGTON COAL COMPANY, LLC,**

      **Defendant.**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Terry R. Sammons of Sammons Law Offices, PLLC, counsel of record ("Counsel") for Defendant Lexington Coal Company, LLC, ("Client"), and respectfully move this Honorable Court for an Order allowing Terry R. Sammons to withdraw as attorney of record for Defendant Lexington Coal Company, LLC pursuant to LR Civ P 83.4, the undersigned further states as follows:

> Lexington has been put on notice. Furthermore, in accordance with LR Civ P 83.4, multiple attorneys have appeared on behalf of the party; and at least one of those attorneys (W. Howard Sammons II Esq) will still be the party's counsel of record after the attorney seeking to withdraw does so.

WHEREFORE, Terry R. Sammons, respectfully requests that he be permitted to withdraw as attorney of record for Lexington Coal Company, LLC.

Respectfully Submitted,

<u>/s/Terry R. Sammons</u>
Terry R. Sammons, Esq. (WVSB 7502)
**Sammons Law Offices, PLLC**
P.O. Box 1844
Gilbert, WV 25621
304-664-2688- telephone
terry@sammonslaw.com

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**WEST VIRGINIA**
**HIGHLANDS CONSERVANCY,**
**APPALACHIAN VOICES,**
**And SIERRA CLUB,**
    **Plaintiffs,**

v.                                    Civil Action No. 3:19-0573

**LEXINGTON COAL COMPANY, LLC**
    **Defendant.**

### CERTIFICATE OF SERVICE

I hereby certify that on July 24th, 2023, the foregoing **Motion to Withdraw as Counsel** was Electronically filed via CM/ECF/ system, which will send notification of such filing to all parties receiving ECF notices in this matter.

J Michael Beecher, Esq.
Derek Teaney, Esq.
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, West Virginia 24901
Mbeecher@appalmad.org
Dteaney@appalmad.org

James M. Hecker, Esq.
Public Justice
1620 L. Street NW Suite 630
Washington, D.C. 20036
Jhecker@publicjustice.net

W. Howard Sammons II Esq. (WVSB 9714)
The Law Office of W. Howard Sammons II, PLLC
PO Box 5307
Charleston, WV 25361
304-414-6064 telephone
681-248-6263 facsimile
howard@sammonslawfirmwv.com

                                                      /s/ Terry R. Sammons
                                                     Terry R. Sammons, Esq. (WVSB 7502)