IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

           Plaintiffs,

v.                                 CIVIL ACTION NO. 3:19-0573

LEXINGTON COAL COMPANY, LLC,

           Defendant.

**ORDER**

Pending before the Court is Terry R. Sammons's Motion to Withdraw as Counsel. ECF No. 124. Mr. Sammons alleges he has notified the party, and in accordance with Local Rule of Civil Procedure 83.4(a), multiple attorneys have appeared on behalf of Lexington Coal Company and at least one of those attorneys will still be its counsel of record after Mr. Sammons withdraws. *Id.* The Court, therefore, **GRANTS** the Motion. *Id.*

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                 ENTER:     July 25, 2023

                                 ROBERT C. CHAMBERS
                                 UNITED STATES DISTRICT JUDGE