IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

                Plaintiffs,

v.                              CIVIL ACTION NO. 3:19-0573

LEXINGTON COAL COMPANY, LLC,

                Defendant.

## ORDER

The Court has been advised that Defendant Lexington Coal Company has remitted payment the Special Master for the November 2023 invoice. Accordingly, the Court **SETS ASIDE** the previously entered Order to Show Cause. ECF No. 135.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented parties, and the Special Master.

                                        ENTER:     January 29, 2024

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE